UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.:07-21798 – CIV –HUCK-SIMONTON

PARASRAM RAMBARRAN,
      Plaintiff,
v.
BANK OF AMERICA, N.A.
      Defendant.



FILED by _____ D.C.

APR 1 4 2008

STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S.D. OF FLA. MIAMI

_____/

## PLAINTIFF'S MOTION TO DENY THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, MOTION TO STRIKE PLAINTIFF'S DAMAGES CLAIM, MOTION TO PRECLUDE PLAINTIFF'S REPRESENTATION OF TRIAL WITNESSES, & MOTION TO STRIKE PLAINTIFF'S DEMAND FOR TRIAL BY JURY

Parasram Rambarran "Plaintiff" pro se pursuant to Federal Rule of Civil Procedure 56 and Local Rule 7.5 and files his Motion to Deny the Defendant's Motion For Summary Judgment, Motion To Strike Plaintiff's Damages Claim, Motion To Preclude Plaintiff's Representation Of Trial Witnesses, and Motion To Strike Plaintiff's Demand For Trial By Jury filed in this matter on March 21, 2008.

## INTRODUCTION

"Bank" states that Plaintiff admits that there is no claim against "Bank" for negligent reporting of $125 charge- off of an automobile loan to the consumer reporting agencies and that "Plaintiff" cannot prove his claim because of a lack of evidence to demonstrate that "Bank" reported any inaccurate information after receiving notice of a

dispute from the consumer reporting agencies. This is inaccurate and Plaintiff states that, to the contrary and upon a review of the documents provided by Plaintiff in the discovery process, there is Equifax letter dated March 8, 2006 which was attached to a copy of Plaintiff's credit report  show "Current Status – Charge off and additional information – Paid Charge off;" Furthermore the Equifax letter states that it was in response to Plaintiff's letter of March 1, 2006. "Results of Your investigation. We have researched the credit account. Account # 21490218. The results are: This creditor has verified to Equifax that the current status is being reported correctly. This creditor has verified to Equifax that the prior paying history is being reported correctly. Additional information has been provided from the original source regarding this item". This document was submitted to Bank's attorney on November 8, 2007 as Appendix L item (g). Plaintiff is attaching same hereto marked Exhibit P1.

"Bank" also alleges that "Plaintiff" has not produced a single piece of paper during the course of discovery to show that he personally lost any financial opportunities after March 9, 2006.  "Bank" and Credit Reporting Agencies have all failed and/or refused to provide all the documentation pertaining to the action during the discovery process. In addition, as of today Credit Reporting Agencies Equifax and Trans Union failed and/ or refused to provide the documentation that is missing from their submission, in particular Automated Data Forms from "Bank" to them and all their other communications to "Bank", despite the Honorable Judge Andrea M. Simonton's order compelling them to provide all documents, including copies of" Plaintiff's" applications for automobile loans and" Bank's" letters of rejection to such applications. "Bank" has deliberately refused to provide the latter despite several requests and "Plaintiff" attach proof of all such requests by his letters dated March 14, 2006 to The Chief Executive

Office of "Bank":, May 2, 2006, June 14, 2006 and July 26, 2006 and fax from "Plaintiff" to Bank dated February 4, 2006 all of which were previously submitted in the discovery process but are now attached and marked as Exhibit P3, P4, P5, P6 and P2 respectively.

Experian, another Credit Reporting Agency has failed and/or refused to provide all the documents during the discovery process pertaining to this action, in particular Automated Data Forms submitted by Bank to them and all other communications between them and "Bank", as well as the Honorable Judge Andrea M. Simonton's order compelling them to comply. They did provide some of the documentation on March 25, 2007 by e-mail, long after the deadline date of February 8, 2007 for complying with the aforesaid Court's order.

Furthermore all three (3) Credit Reporting Agencies have not provided authenticated copies of their submission as stipulated by the Honorable Judge Andrea Simonton's Order.

"Bank" is incorrect when it states that the amount of the "only remaining claim against Bank of America is that Bank of America negligently reported $125 charge- off on an automobile loan in the name of Parasram Rambarran to a Consumer Reporting Agencies". .

"Bank" statement is inaccurate because the amount of the charged- off on the automobile loan aforesaid was originally shown in "Plaintiff's" Credit file with the Credit Reporting Agencies as far back as 10/ 2000 as $2,176. Because the Credit Reporting Agencies have failed and/or refused to comply with the Honorable Judge Andrea M Simonton's order to provide their entire files on this action as stated aforesaid, Plaintiff is unable to provide sufficient evidence but nevertheless state that upon perusal of the earliest available credit

report dated June 06, 2005 issued by Credit Plus see Exhibit P7 attached the following can be gleaned:

    (a) Date change of report – 10/00 ( meaning October 2000);

    (b) Balance due $2,176;

    (c) Late payment dates 9/00 – 30, (meaning payment was 30 days late in September 2000), late 8/00 -30 (meaning payment was 30 days late in August 2000) and

    (d) There is an entry in bold letters stating "CHARGE OFF ACCOUNT"

It can be inferred from the above that the derogatory information has been in Plaintiff's credit file with the Credit Reporting Agencies since the year 2000 and remained there until it was corrected by the said Credit Reporting Agencies on May 9th, 2007; May 12th, 2007 and May 14th, 2007 by Equifax, Trans Union and Experian respectively. See Exhibit P8, P9 and P10 respectively. These responses from the Credit Reporting Agencies came about because of Plaintiff's second dispute of the account in question by his letter to them dated May 3, 2007. See Exhibit P11, P12 and P13 attached, because of the failure of "Bank" to correct the error after "Plaintiff" first dispute by his letters dated  February 7, 2006 to Equifax, Transunion and Experian See Exhibit P21 attached and the adoption of paragraphs 36 to 51 in there entirety of Complaint and Demand for Jury Trial of this matter filed on July 12, 2007 see Exhibit P30 attached..

This error  remained in Plaintiff's credit file for almost seven (7) years despite Bank's assurances that they were advising the Credit Reporting Agencies that the loan was paid in full in October 2000. Their letters of September 17, 2001, June 7, 2005, two (2) letters dated May 25, 2006 and an undated letter which was received June 02, 2006 and fax from "Bank" to "Plaintiff" dated June 7, 2005 all are attached and is marked Exhibit P 14, P15, P16, P17, P18 and P19 respectively.

Further Bank also alleges that Plaintiff has not produced a single piece of paper during the course of discovery to show that he personally lost any financial opportunities after March 9, 2006", and therefore, Plaintiff cannot make a claim for "Lost Profits".

"Bank" is apparently misconstruing Judge Huck's order which admittedly deny "lost profits" prior to March 9, 2006. Judge Huck's order does not preclude "Plaintiff" from claiming damages for increased costs and punitive damages, See Plaintiff's Statement of Claim previously provided to "Bank" marked P20 attached for lost profits suffered after March 8, 2006 for the life of the mortgage.

## LOCAL RULE 7.5.C STAEMENT OF MATERIAL FACTS IN SUPPORT OF PLAINTIFF'S OBJECTION TO MOTION FOR SUMMARY JUDGEMENT

1) Plaintiff agrees that the financial opportunity referred to predates March 9, 2006 and it is true that other opportunities were available before March 9, 2006 and the business condo was eventually purchased in July 2007 for a substantially higher price of $230,000 than the amount of $90,000 when the first available opportunity arose in 2002. This meant that Plaintiff paid $140,000 more to purchase the said property. Plaintiff also had  pay a much higher rate of interest for the loan than should have normally applied but for the negative information provided by "Bank" to the Credit Reporting Agencies Equifax, Trans Union and Experian. A copy of Mortgage Center of America "Statement of Credit Denial, Termination, Or Change" Notice dated August 5, 2005 is attached marked as Exhibit P31. This was previously submitted to "Bank" as Item 46 in the discovery process. The said document state that the denial of the credit application as "Delinquent Credit Obligation" and "Charge Off Account".Another application to Corpcred  for a

$50,000 Line of Credit was denied on the grounds of "charge off account in credit file. The first page of Promissory Note dated March 8, 2005, Fax dated September 7, 2005 from Amity Group Inc to Corpcred and Corpcred Funding Timeline with attachments are attached and marked Exhibits P32, P33 and P34 respectively. These were all submitted during the discovery process to "Bank" as Items 32, 44 and 45 respectively. There were numerous other application for credit by both "Plaintiff" and his company Amity Group Inc which were rejected but documentation for these are unavailable at this time. Among those are two (2} auto credit applications and at least two credit card applications to "Bank"

2) Plaintiff agree that according to the Honorable Judge Huck's Order he is unable to claim for lost profits suffered prior to March 8, 2006, but state he is entitled to claim for lost profits suffered after March 8, 2006.

The fact of the matter is that Plaintiff is only claiming $140,000 for lost profits after March 9, 2006 until the end of the mortgage period more specifically stated under item B(i) and (ii) of Plaintiff's Statement of Claim as Exhibit A ( Statement of claim) attached to" Bank's" motion to which Plaintiff is responding. Furthermore Plaintiff is also claiming increased costs as outlined in Plaintiff's Statement of Claim under Items A(i) and (ii) for $302,507.62 and $140,000 respectively plus interest. The said document has been provided by "Bank" as Exhibit A in "Bank's" motion.

3) Plaintiff denies that the real estate transactions referred to by "Bank" predates March 8, 2006 and Plaintiff reiterates his remarks paragraphs 1 and 2 above.

4) Plaintiff agrees he is unable to claim for lost profits due to negative reporting by the Bank prior to March 8, 2006 due to the Honorable Judge Huck's Order, but

Plaintiff ought to be able to claim for damages from "Bank" for increased cost as outlined in his Statement of Claim which "Bank" referred to as Exhibit A, in support of their motion, because Plaintiff's creditability was already damaged as far back as 2000 due to "Bank's" negative reporting to the Credit reporting Agencies Equifax, Experian and Trans Union and their failure to reinvestigate the matter and correct the record when the error was disputed by "Plaintiff" by his letter to them dated February 7, 2006, See Exhibit P21 attached and his second dispute letters to Equifax, Experian and Transunion more than one year later dated May 3, 2007 see Exhibit P22, P23, P24 previously stated.  Plaintiff could not obtain credit and in fact restricted himself from applying for credit on his name because any such application would only serve to impair his credit further when rejected thereby reducing his ability to restore his credit.  Plaintiff was able to secure 2 lines of Credit, one from SunTrust and the other from Commercial Bank on 11/14/2005 and 03/31/2007 after the error was corrected. Plaintiff also repeats the information stated under paragraphs 1} and 2 } above in their entirety.

All the Credit Reporting Agencies have failed and/or refuse to provide their entire file in conformity with the Honorable Judge Andrea M Simonton's Order. The documents which are missing some of which has been detailed above under the heading Introduction is extremely vital to Plaintiff's prosecution of his case. Plaintiff has since filed a Motion in this Honorable Court requesting the Court to compel "Bank" and all the Credit Reporting Agencies involved in this matter to provide the required authenticated documents. That Motion was filed on March 31, 2007 and is attached as Exhibit P25.

6) Plaintiff agree but the date March 08,2006 is irrelevant to this matter because the Honorable Judge Huck's Order only deny claims for lost profit occurring prior to March 08, 2006 whereas Plaintiff is claiming for increased cost, interest, lost profits after March 08, 2006 and punitive damages and repeats paragraph 1} and 2} above in their entirety.

7) Plaintiff agrees but refers "Bank" to paragraphs 1) 2) 3) 4) and 6 above in their entirety

8) Plaintiff denies. The applications were denied by SunTrust to Amity Group Inc which is wholly owned by Plaintiff. Also "Plaintiff" was denied an application for a $50,000 Line of Credit from Corpcred on the grounds of "charge off account" see Exhibits P32, P33 and P34 previously stated. It is  is the common practice that applications for loans by privately owned companies is granted depending on the creditworthiness of the owner. That being the case Plaintiff was denied credit on several loan applications for his company the result of which was detrimental to his company Amity Group Inc being deprived of financial credit needed to operate the said company resulted in financial hardship to" Plaintiff personally as well as to  his company. After the partial correction to "Plaintiff's credit file by the Credit Bureaus in early 2007 Plaintiff was successful in securing a Line of Credit  in March 2007 which proves that due to the correction on his credit file his financial creditworthiness was somewhat restored.

9) Same as paragraphs 4), 6) and 8) above.


10) Plaintiff provided evidence of credit card statements as evidence of high interest rates on credit cards on his name.

11) See paragraph 4) 6) and 8) above in their entirety.

12) Same response as in paragraphs 2) 3) 4) 6) 8) 10) and 11 above in their entirety.

13)Plaintiff denies his Statement of Claim refers only to alleged losses prior to March 08, 2006 or events prior to March 08, 2006 and refers to comments in paragraphs 1), 2) 3) 4) 8) 9) 11) and 12) above in their entirety.

14) The cause of the delinquency is due primarily to" Bank" destroying Plaintiff's creditability resulting from their negligent reporting to the Credit Reporting Agencies and refer to Paragraph 4) and 6) to 13) above in their entirety.

17) Bank is alleging "They sent automated Data Forms to all (3) major Consumer Credit Reporting Agencies (Experian, Equifax and Trans Union), and they quote Kay Gwaltney's letter to Plaintiff of June 5, 2005 to support their statement. It may have been their intention to send the Automated Data Forms but evidently they have failed to provide said forms to Plaintiff. In fact no Automatic Data forms have been produced by "Bank" or by any of the Credit Reporting Agencies neither in the discovery process nor in response to Honorable Judge Andrea M Simonton's Order to date. Further Bank has conveniently omitted to quote their letters of 09/17/2001 see Exhibit P14 previously stated to Plaintiff four years prior which state "This letter is to inform you that the above reference account was paid we have notified the appropriate credit bureaus to update this account to read paid charge-off on your credit profile." And their two letters dated May 25, 2006 as well an undated letter which was received on June 2,2006 these letters and fax dated June 7, 2005 have been previously mentioned above as Exhibit P16, P17, P18, P19 and P15.

There is an absence of any communication between "Bank" and Credit Bureaus in all documents provided to date both in discovery process and in accordance with the Honorable Judge Andrea M. Simonton's Order to compel the Credit Bureaus, to provide to "Bank" any materials within their control or possession that are responsive to the request contained in "Bank's" October 8, 2007, subpoenas by delivering authenticated copies to the attention of Christopher M. Drury. Among all the documents provided to Plaintiff to date by "Bank" there is not a scintilla of evidence to show that "Bank" requested the Credit Bureaus to correct the error on Plaintiff's credit report. They promised on five (5) occasions to the Plaintiff by their letters of September 17, 2001, June 7, 2005, two letters dated May 25, 2006 and fax dated June 7, 2006 all previously mentioned as Exhibit P16, P17, P18, P19 and P15.

"Bank's" failure to send out instructions to the Credit Reporting Bureaus is a violation which require they correct "Plaintiff's" credit file upon his dispute based on his letter dated February 7, 2006 see Exhibit P 21 and letters of May 3, 2007 previously stated as Exhibit P 22, P23 and P24 to the Credit Reporting Agencies of the FCRA. "Bank's" failure to follow the FCRA's requirement that Bank provide notice to Plaintiff prior to or within 30 days after providing negative information to the Credit bureaus, demonstrates Bank's negligent conduct and noncompliance with FCRA. Further Bank's nonconformance to FCRA and negligent handling of Plaintiff's affairs, caused Plaintiff to lose creditability and severely damaged his standing in the credit and financial market place.

18) This is irrelevant because despite Plaintiff's complaint resulting in a dispute to the charge- off beginning with his letter of 2/7/2006 see Exhibit P21 to the Credit Reporting Agencies and Bank's letters of September 17, 2001; two (2) letters

dated May 25, 2006; undated letter received 06/02/2006 as well as fax from "Bank" to "Plaintiff" dated June 7, 2006 all previously stated as Exhibits P14, P16, P17, P18 and P19. All stated the account was paid in full yet no correction was made to Plaintiff's Credit Report until 05/09/2007 when Equifax did so. Experian corrected the error by their Credit Report dated 05/14/2007 and Trans Union made their correction on 05/12/2007 thus resulting in Plaintiff being unable to access credit extremely critical to his financial survival. The correction was only made after Plaintiff wrote to the Credit Bureaus on 05/03/2007 as a second dispute. See Exhibit P22, P23 and P24 all previously stated.

"Bank" instituted action to harass "Plaintiff" by having their employees constantly calling him to pay further sums on the auto loan and more specifically two (2) calls were received on 05/01/2006

from two (2) employees demanding payments of $125.24 and $186.83 respectively for the same account and when Plaintiff denies owing any money he was threatened that the non payment of $125.24 will result in "Bank" reporting the matter to the Credit Reporting Agencies. See Postscript in Plaintiff's letter to "Bank" dated August 15,2006 marked as Exhibit P26 attached. The calls referred to above were made to "Plaintiff" despite their letters of September 15, 2001, June 5, 2005 which confirmed the loan was paid in full and previously referred to as Exhibits P14 and P15.

19)   Same as paragraph 18) above in its entirety.

20)   Same as paragraph 18) above in its entirety.

21)   Same as paragraph 18) above in its entirety.

22) Absolutely false there is substantial evidence to show that "Bank" negligently failed to comply with the requirement impose by 15USC 1681s-2(b) see paragraphs 17) and 18) above. Also "Bank" and Credit Bureaus' failed to comply with the Honorable Judge Andrea M Simonton's order to provide all communications between "Bank" and Credit Bureaus. To date, they have not done so and have forced Plaintiff to file a motion to compel them to comply in providing all the necessary documents which are absent from their submissions to date see Exhibit P25 attached.

Nevertheless Plaintiff repeats the following:

1. Bank's failure to give proper notice to Plaintiff as is required by 15 U.S.C. & 1681s-2(b)

2. Bank's failure to reinvestigate the matter after dispute as is required by 15 U,S,C. 1681s-2(b) Equifax by their letter of March 8,2006 previously admitted as Exhibit P1 advised "Plaintiff." "We have researched the credit account. Account # 21490218. The results are: This creditor has verified to Equifax that the current status is being reported correctly. The creditor has verified to Equifax that the prior paying history is being reported correctly. Additional information has been provided from the original source regarding this item."

The derogatory information existed from October, 2000 even though "Plaintiff" persistently disputed Bank's allegation in 2001 over several months that there was a balance due of $125. Bank's letter dated September 17, 2001, two (2) letters dated May 25, 2005 previously stated as P14, P15 and P 16 when "Bank" promised to advise Credit Bureaus the account was

Page **12** of **21**

paid in full. Credit report dated June 6, 2005 from Credit Plus show that in addition to the negative reporting of the charge-off notation on Plaintiff's Credit Report indicated a past due balanced of $2,176 instead of $125. Plaintiff maintained a good Credit score of 688 and 692 from Equifax and Experian respectfully. It also shows that the negative information was in "Plaintiff's" Credit Report from October, 2000 and continued over the succeeding years until the matter was eventually resolved as follows:

(a) In the case of Experian their Credit Report was still showing the status incorrectly even after Plaintiff's dispute which commenced with Plaintiff's letter of February 7, 2006 previously stated as Exhibit P21 . Their letter dated February 17, 2006 attached to as Exhibit P27 in response states "Status: Paid, Closed/ account charge-off $202 written off". This shows that the status was incorrect by not stating paid in full. Also the amount allegedly written off is shown as $202 after Plaintiff further disputed the derogatory information in the Credit Report with Experian by letter dated March 08, 2006. Equifax replied by stating, "We have researched the credit account. Account #21490218. The results are: This creditor has verified to Equifax that the current status is being reported correctly. The creditor has verified to Equifax that the prior paying history is being reported correctly. Additional information has been provided from the original source regarding this item."

(b) In the case of Trans Union their response to Plaintiff's dispute of February 7, 2006 previously stated as Exhibit P21 as shown in the

credit report for Plaintiff dated March 8, 2006 see Exhibit P28 attached. Their updated Credit Report state "Pay Status: Payment after charge-off/collection."

(c) Equifax in their response to Plaintiff's dispute of February 7, 2006 dated March 8th, 2006 stated incorrectly "Current status Charge-off; type of account- Installment, type of Loan- Auto; whose account- individual account. Additional information; paid charge off; auto;

23) Absolutely false. See paragraph 22) above.

24) Their assertion is incorrect and refers to Paragraph 4) above.

25) See paragraph 1) 2) and 4) above

26) "Bank's" assertion again is incorrect and "Plaintiff" refers to paragraph 8) above

## MEMORANDUM OF LAW

### Standard of Review-Fed.R.Civ.P. 56

Summary judgment should be granted if "there is no issue as to any material fact and the moving party is entitled to judgment as a matter of law". Fed.R.Civ.P. 56(c). An issue of fact is material if it is a legal element of the claim or defense under the applicable substantive law which might affect the outcome of the case. *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 248, 106 S.Ct. 2505, 2510 (1986). However, issues of fact are genuine only if a reasonable jury considering the evidence presented could find for the non-moving party. Id. The non-moving party may not defeat a properly supported motion by resting upon the "mere existence of some alleged factual dispute between the parties". Celotex Corp. v. Cutrett, 477 U.S. 317, 324, 106 S.Ct. 2547,2553 (1986). The mowing party may meet its burden of showing an absence of a material fact by demonstrating "that there is an absence of evidence to support the non-moving party's case". Celotex,

477 U.S. at 325, 106 S.Ct. At 2554. If the non-moving party fails to present substantial evidence of pretext or to make a sufficient showing of a disputed material issue of fact, the moving party is entitled to summary judgment. Celotex, 477 U.S. at 323, 106 S.Ct. at 2552.Moreover "Bank" have failed and/or refused to comply with rules in the recovery process and to the Honorable Judge Andrea M Simonton's order to provide all documents pertaining this action and because they have control of the said documentation and control the facts

"Bank" cannot succeed in their efforts to obtain summary judgement because they have failed and/or refused to comply with the Court's orders to provide all documents pertaining to this matter.

## Standard of Review-Fed.R.Civ.P. 12(f)

Rule 12(f) establishes the Court may strike from any pleading any insufficient defense or any redundant, immaterial, impertinent, or scandalous matter. *Trench Skoring Services v. S u c kow*, 2 006 WL 2465499 (M.D.F la. 2006).


## LEGAL ARGUMENT IN SUPPORT PLAINTIFF'S OBJECTION TO
## BANK'S MOTION FOR SUMMARY JUDGEMENT


In 1996, Congress passed the Consumer Credit Reporting Reform Act, which amended the FCRA and imposed duties on furnishers of information. Pub.L. No. 90-321, Title VI, § 623, as added Pub.L. No. 104-208, Div. A., Title II, § 2413(a)(2), 110 Stat.2009-447. As amended, the FCRA requires furnishers of credit information to provide accurate information about consumers to consumer credit reporting agencies. 15

U.S.C. § 1681s-2(a). It also requires that furnishers correct any erroneous information previously reported. Id. Furthermore, furnishers of credit information must conduct an investigation upon receiving notice from a consumer credit reporting agency regarding a dispute about the accuracy or completeness of information previously provided to the consumer reporting agency. 15 U.S.C. § 1681s-2(b). If, after such investigation, the furnisher of information finds that the information is inaccurate, the furnisher must report those results to the consumer reporting agencies to which the information was furnished. Id.

As alleged in the Complaint, Defendant violated 15 U.S.C. § 1681s-2(a) by failing to provide accurate information about Plaintiff to the credit reporting agencies and by failing to correct previously reported information. However, subsection (d) states that subsection (a) shall be "enforced exclusively under section 1681s of this title by the Federal agencies and officials and the State officials identified in that section." (Emphasis added.) Therefore, there is no private right of action for violations of section 1681s-2(a).

Although Plaintiff did not specifically allege a violation of section 1681s-2(b), this Honorable Court found that the facts in the Complaint sufficiently supported a claim under that section.  Plaintiff alleges that "Defendant failed to adequately investigate or reinvestigate Plaintiff's claim that the derogatory information filed was inaccurate." Failure by Defendant to adequately reinvestigate the accuracy of the negative credit information Defendant had supplied to the credit agencies after Defendant learned from the credit agencies that Plaintiff had disputed the reports to the credit agencies gives rise to a private right of action pursuant to 15 U.S.C. § 1681s-2(b) .

Further, all necessary conditions precedent to Bank's privately enforceable duties under 15 U.S.C. § 1681s-2(b) have been triggered.  Plaintiff sent notice of the disputed

item to credit reporting agency with regard to the loan at issue in this case and the Defendant received notice of the dispute directly from credit reporting agency prior to commencement of this lawsuit. See Cisneros v. Trans Union, LLC, 293 F.Supp.2d 1167, 1174 (D. Hawaii 2003).

Plaintiff by way of argument and attached exhibits has shown that there is an issue to material facts as to whether "Bank" strictly complied with the provision of the FCRA. Plaintiff maintains and has demonstrated by substantial amount of evidence that "Bank" failed to comply with the FCRA. As a matter of law, "Bank" is not entitled to Summary Judgment because they failed to demonstrate that "there is no material issue of facts" in the matter before this Honorable Court. Therefore, Defendants Motion for Summary Judgment must be denied.

## LEGAL ARGUMENT – IN SUPPORT OF OBJECTION TO "BANKS" MOTION TO STRIKE OFF PLAINTIFF'S DAMAGES CLAIM

The amount charged-off as stated in Plaintiff's credit report dated June 6, 2005 was originally shown as $2,126  not $125 as stated in "Bank's" Motion for Summary Judgment, see Exhibit P7 previously stated, "Bank" is merely trying to trivialize the problem by stating the amount in question was only $125. In any event, the amount of the error is not the true issue, but it is whether the "Bank" negligently failed to comply with any requirement imposed by 15 U.S.C. & 1681s-2(b) and again Plaintiff refers to Judge Huck's Order.

Contrary to "Bank's" argument, the actual purchase of the Condo was not material to this action because it was not purchased prior March 8, 2006, due to the

Honorable Judge Huck's Order that being the case Bank would have been justified to file their motion but because it was purchased after February 8th 2006 on the 1st July, 2007, Plaintiff is entitled to increased cost which arose over the years and punitive damages irrespective of any time limitation. The Honorable Judge Huck's order only denies "lost profits" occurring prior to March 8, 2006, and does not apply to increased cost, punitive damage for lost profits after that date. Plaintiff is entitled to lost profits which arose after March 08, 2006 increased cost and punitive damages

"Bank's" argument that "Plaintiff'" waived any right to claim exemplary punitive damages or consequential damage is frivolous and to support their argument they have quoted from page 2 of "Bank's "Note, Disclosure and Security Agreement" pertaining to the automobile loan from which Bank made their errors.

That argument has no basis  because Plaintiff paid off loan in full and payment in full has been acknowledged by the Bank on numerous occasions more specifically by their letters dated September 17, 2001, June 7, 2005, two (2) letters May 25, 2066 and an undated letter which was received on June 2, 2006 and "Bank's" fax dated June 7, 2005 all previously referred to as Exhibits P14, P15, P16, P17, P18 and P19. This action does not arise out of the contract for the automobile loan and in any event "Bank" have confirmed that said contract was fully satisfied due to payment in full, and therefore," Bank's" reliance on the " Note, Disclosure and Security Agreement" is irrelevant to this matter whatsoever. Consequently "Bank's request to strike out Plaintiff's claim for exemplary, punitive or consequential damages should be dismissed by this Honorable Court because the error by "Bank" occurred after the fulfillment  of the said loan contract and this action does not arise out of the said contract.

## LEGAL ARGUMENT IN SUPPORT OF PLAINTIFF'S OBJECTION TO BANK'S MOTION TO STRIKE PLAINTIFF'S DEMAND FOR TRIAL BY JURY

Bank has failed to establish grounds as a matter of law and or right that the Court can reasonably rely on to justifying granting Defendant's request to strike Plaintiff's Demand for Jury Trial, and adopts the 2nd and 3rd paragraphs on Page 18, as well as paragraph 17 on page 9 and the 1st paragraph on page 10 in their entirety. Therefore, Plaintiff request that Defendant's Motion to Strike demand for Jury trial be denied.

## LEGAL ARGUMENT IN SUPPORT OF PLAINTIFF'S RESPONSE TO BANK'S MOTION PRECLUDING PLAINTIFF'S FROM PRESENTATION OF TRIAL WITNESSES.

Due to "Bank's" failure to provide" Plaintiff" with the documentation required by the Honorable Judge Andrea M Simonton's Order, Plaintiff has been unable to properly determine his fact witness list, nevertheless Plaintiff has filed his notice of filing fact witness list on March 31, 2008 see Exhibit P29. Plaintiff has also filed a Motion for an Order compelling production of documents from "Bank" and Credit Reporting Agencies Equifax, Experian and Trans Union on March 31, 2008 see Exhibit P25 previously stated. Defendant has not been prejudiced by prelate filing of the witness list and has ample time before trial to conduct any discovery based upon the witness list. "Bank" should not be able to succeed in this motion because they failed and/or refused to adhere to the Court's Order to produce all documents in this matter aforesaid thereby placing Plaintiff at a terrible disadvantage in prosecuting his action in a timely and complete manner.

## CONCLUSION

Plaintiff, through, argument and his attached Exhibits has shown that there is an issue to material facts as to whether "Bank" strictly complied with the provisions of the FCRA. Plaintiff maintains and has demonstrated by substantial amount of evidence that "Bank" failed to comply with the FCRA. As a matter of law, "Bank" is not entitled to Summary Judgment because they failed to demonstrate that "there is no material issue of facts" in the matter before this Honorable Court and they have failed to produce all the documents which would show all the facts as is required in law and the Honorable Judge Andrea M Simonton's order. Further the Honorable Judge Huck's order does not preclude "Plaintiff's from claiming for punitive damages. Therefore, Defendants Motion for Summary Judgment must be denied. Further "Bank'" attempt to get this matter dismissed by filing for Summary Judgment is just an attempt to harass and frustrate my ability to prosecute my action despite the Honorable Judge Andrea M Simonton warning that she was granting an extension for a new trial date despite" Plaintiff's" objection at the time of the conference call earlier this year. At that time the Honorable Judge Andrea M Simonton cautioned "Bank" that any submission of Summary Judgment which may be submitted should be based on sound legal foundation. "Bank" have not met that standard and therefore "Bank's" Motion for Summary Judgment must be denied. Accordingly all other request to strike should also be denied.

**WHEREFORE**, Plaintiff requests that this Honorable Court deny Defendant's Motion for Summary Judgment, Motion To Strike Plaintiff's Damages Claim, Motion To Prelude Plaintiff's Representation Of Trial Witnesses, and Motion To Strike Plaintiff's Demand For Trial By Jury.

PARASRAM RAMBARRAN
9701 Martinique Drive
Miami, Florida 33189
(305) 233-3814

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy hereof has been furnished to J. Randolph

Liebler, Liebler, Gonzalez & Portuondo, P.A., Courthouse Tower-25[th] Floor, 44 West

Flagler Street, Miami, Florida 33130 on April 14, 2008.

Parasram Rambarran

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## (MIAMI DIVISION)

CASE NO. 07-21798-CIV-HUCK/SIMONTON

FILED by _____ D.C.

APR 1 4 2008

STEVEN M. LARIMORE
CLERK U.S. DIST CT
S.D. OF FLA. MIAMI

PARASRAM RAMBARRAN,

      Plaintiff,

vs

                             **CONSENT CASE**
              U. S. Magistrate Judge Andrea M. Simonton

BANK OF AMERICA CORP., d/b/a BANK
OF AMERICA, N.A.,

      Defendant

_____/

### NOTICE OF FILING PLAINTIFF'S MOTION TO DENY THE DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT, MOTION TO STRIKE PLAINTIFF'S DAMAGES CLAIM MOTION TO PRECLUDE PLAINTIFF'S REPRESENTATION OF TRIAL WITNESSES, AND MOTION TO STRIKE PLAINTIFF'S DEMAND FOR TRIAL BY JURY.

      PARASRAM RAMBARRAN Plaintiff pro se hereby notifies this Honorable Court of the filing of the attached Plaintiff's Motion To Deny The Defendant's Motion For Summary Judgement, Motion To Strike Plaintiff's Damages Claim, Motion To Preclude Plaintiff's Representation Of Trial Witnesses and Motion To Strike Plaintiff's Demand For A Trial By Jury.

                      Respectfully submitted

                      PARASRAM RAMBARRAN
                      Email: cochram@bellsouth.net
                      9701 Martinique Drive,Miami, Fl 33189
                      Tel: (305) 233-3814   Fax: (305) 235-9619

### CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on April 14, 2008 I filed the foregoing with the Clerk of the Court. I further certify that I served the foregoing document by ~~Fax~~ MAIL to :J. Randolph Liebler, Liebler, Gonzalez & Portuondo, P.A., Courthouse Tower – 25th Floor, West Flagler Street, Miami, Fl 33130.

                      _____
                      PARASRAM RAMBARRAN

P.O. Box 105518
Atlanta, GA 30348

March 8, 2006

# EQUIFAX

 To Start An Investigation, Please Visit Us
www.investigate.equifax.com

000538120-6325
Parasram Rambarran
9701 Martinique Dr
Miami, FL 33189-1735

 Exhibit P1

Dear Parasram Rambarran:

Below are the results of your request for Equifax to reinvestigate certain elements of your Equifax credit file. Equifax contacted each source directly and our investigation is now completed. If you have any additional questions or concerns, please contact the source of that information directly.

**Results Of Your Investigation**    (For your security, the last 4 digits of your credit account number(s) have been replaced by

>>> *We have reviewed the identification information. The results are:* Please submit a copy of your driver's license or birth certificate to update your date of birth. *Name: Parasram Cecil Rambarran Ssn: 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 Birthdate:  1/ 1/1945*

>>> *We have researched the credit account.  Account # - 21490218/  The results are:* This creditor has verifie to Equifax that the current status is being reported correctly. This creditor has verified to Equifax that the prior payr history is being reported correctly. Additional information has been provided from the original source regarding this item.

If you have any additional questions regarding the information provided to Equifax by the source of any information please contact the source of that information directly. You may contact Equifax regarding the specific information contained in this letter within the next 60 days by visiting us at www.investigate.equifax.com.

Thank you for giving Equifax the opportunity to serve you.

## Notice to Consumers
Upon receipt of your dispute, we first review and consider the relevant information you have submitted regarding th nature of your dispute.  If the review does not resolve your dispute and further investigation is required, notification your dispute, including the relevant information you submitted, is provided to the source that furnished the disputed information. The source reviews the information provided, conducts an investigation with respect to the disputed information and reports the results back to us. The credit reporting agency then makes deletions or changes to you credit file as appropriate based on the results of the reinvestigation. The name, address and, if reasonably availabl the telephone number of the furnisher(s) of the information contacted while processing your dispute(s) is shown ur the "Results of Your Investigation" section on the cover letter that accompanies the copy of your revised credit file.

If you still disagree with an item after it has been verified, you may send to us a brief statement, not to exceed one hundred words (two hundred words for Maine residents), explaining the nature of your dispute. Your statement wil become part of your credit file and will be disclosed each time that your credit file is accessed.

If the reinvestigation results in a change to or deletion of the information you are concerned about, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised cr file to any company that received your credit file in the past six months (twelve months for California, Colorado, Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purpose:

# CREDIT FILE : March 8, 2006

**Confirmation # 6046030116**

*Please address all future correspondence to:*



www.investigate.equifax.com
Equifax Information Services LLC
P. O. Box 105518
Atlanta, GA 30348
Phone:(888) 861-2347
M - F 9:00am to 5:00pm in your time zone.

In order to speak with a Customer Service Representative regarding the specific information contained in this credit file, you must call **WITHIN 60 DAYS** of the date of this credit file **AND have a copy** of this credit file along with the confirmation number.

## Personal Identification Information (This section includes your name, current and previous addresses, and any other identifying information reported by your creditors.)

Name On File: Parasram Cecil Rambarran
Social Security #: 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    Date of Birth: January 1, 1945
Current Address(es): 9701 Martinique Dr, Miami, FL 33189   Reported: 04/1998
Previous Address(es): PO Box 971608, Miami, FL 33197  Reported: 04/1998
10393 SW 186th St, Miami, FL 33157  Reported: 02/1999

Last Reported Employment:
Previous Employment(s): Pres Chrm; Amity Group Inc; Miami FL;
Salesman; Public Savings Life;
Sales; Zayres;

## Credit Account Information

(for your security, the last 4 digits of account number(s) have been replaced by *) (This section includes open and closed accounts reported by credit grantors)

### Account Column Title Descriptions:

Account Number - The Account number reported by credit grantor
Date Acct. Opened - The Date that the credit grantor opened the account
High Credit - The Highest Amount Charged
Credit Limit - The Highest Amount Permitted
Terms Duration - The Number of Installments or Payments
Terms Frequency - The Scheduled Time Between Payments
Months Reviewed - The Number of Months Reviewed
Activity Description - The Most Recent Account Activity
Credit Class - The Type of Company Reporting The Account
Date Reported - The Month and Year of the Last Account Update
Balance Amount - The Total Amount Owed as of the Date Reported

Amount Past Due - The Amount Past Due as of the Date Reported
Date of Last Paymnt - The Date of Last Payment
Actual Pay Amt - The Actual Amount of Last Payment
Sched Pay Amt - The Requested Amount of Last Payment
Date of Last Actvty - The Date of the Last Account Activity
Date Maj Delq Rptd - The Date the 1st Major Delinquency Was Reported
Charge Off Amt - The Amount Charged Off by Creditor
Deferred Pay Date - The 1st Payment Due for Deferred Loans
Balloon Pay Amt - The Amount of Final(Balloon) Payment
Balloon Pay Date - The Date of Final(Balloon) Payment
Date Closed - The Date the Account was Closed

### Account History Status Code Descriptions:

1 : 30-59 Days Past Due
2 : 60-99 Days Past Due
3 : 90-119 Days Past Due
4 : 120-149 Days Past Due
5 : 150-179 Days Past Due
6 : 180 or More Days Past Due
G : Collection Account
H : Foreclosure
J : Voluntary Surrender
K : Repossession
L : Charge Off

| Bank of America | PO Box 7047 Dover DE 19903-7047 : (800) 759-6262 | | | | | |
|---|---|---|---|---|---|---|
| Account Number | Date Opened | High Cred | Credit Limit | Terms Duration | Terms Frequency | Mnths Revd |
| 012127080896* | 06/1992 | $1,147 | $2,000 | | Monthly | 48 |
| Status Code | Date of Last Paymnt | Actual Paymnt Amount | Schduled Paymnt Amount | Date of Last Activity | Activity Description | Deferred Pay Start Date |
| 4 | 01/2006 | $50 | $1 | 02/2006 | | |
| Balance | Amount Past Due | Date of Last Activity | Charge Off Amount | Deferred Pay Amount | Balloon Pay Amount | Balloon Pay Date |
| $433 | | | | | | |

**Citi Cards Cbsdna**   PO Box 6241 Sioux Falls SD 57117-6241

| Account Number 5423796022225* | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Date Reported 06/2005 | Date Opened 06/1991 | Date of Last Paymnt | Credit Limit $5,200 | Terms Duration | Date of Last Activity 06/1999 | Date Maj. Del. 1st Rptd | Mnths Revd 46 | Activity Description | Creditor Classifiaction | Date Closed |
| Items As of Date Reported | Balance Amount | High Credit | Actual Paymnt Amount | Scheduled Paymnt Amount | | Charge Off Amount | | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date |
| $0 | $0 | | | | | | | | | |

Current Status - Pays As Agreed; Type of Account - Revolving; Whose Account - Individual Account; ADDITIONAL INFORMATION - Account Closed By Credit Grantor;

**Citibank S.D./USA**   PO Box 6003 Attn: Susan Walker Hagerstown MD 21747-6003 ; (412) 234-5759

| Account Number 5606506114* | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Date Reported 07/2001 | Date Opened 07/1994 | Date of Last Paymnt 07/1999 | Credit Limit $2,400 | Terms Duration | Date of Last Activity 06/2001 | Date Maj. Del. 1st Rptd | Mnths Revd 36 | Activity Description Paid and Closed | Creditor Classifiaction | Date Closed |
| Items As of Date Reported | Balance Amount | High Credit | Actual Paymnt Amount | Scheduled Paymnt Amount | | Charge Off Amount | | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date |
| $0 | $0 | | | | | | | | | |

Current Status - Pays As Agreed; Type of Account - Revolving; Whose Account - Individual Account; ADDITIONAL INFORMATION - Account Paid/Zero Balance; Closed Account;

Account History
With Status Codes

| | 11/2000 | 08/2000 | 04/2000 | 03/2000 | 02/2000 | 01/2000 |
|---|---|---|---|---|---|---|
| | 1 | 1 | 4 | 3 | 2 | 1 |

**Citibank S.D./USA**   PO Box 6003 Attn: Susan Walker Hagerstown MD 21747-6003 ; (412) 234-5759

| Account Number 542142002225* | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Date Reported 07/1999 | Date Opened 08/1995 | Date of Last Paymnt | High Credit $6,311 | Credit Limit | Terms Duration | Date of Last Activity 07/1996 | Date Maj. Del. 1st Rptd | Mnths Revd 14 | Activity Description | Creditor Classifiaction |
| Items As of Date Reported | Balance Amount $0 | | Actual Paymnt Amount | Scheduled Paymnt Amount | | Charge Off Amount | | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |

Current Status - Pays As Agreed; Type of Account - Installment; Whose Account - Individual Account; ADDITIONAL INFORMATION - Account Transferred or Sold;

**(Consumer Asset Management Cor**   80 SW 8th St Ste 2203 Miami FL 33130-3004

| Account Number 2002600T* | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Date Reported 11/1996 | Date Opened 08/1995 | Date of Last Paymnt | Credit Limit | Terms Duration 24 Months | Date of Last Activity 11/1996 | Date Maj. Del. 1st Rptd | Mnths Revd 30 | Activity Description | Creditor Classifiaction | Date Closed |
| Items As of Date Reported | Balance Amount $6,311 | | | Scheduled Paymnt Amount $299 | | Charge Off Amount | | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date |
| $0 | | | | | | | | | | |

Current Status - Pays As Agreed; Type of Account - Installment; Whose Account - Joint Account; ADDITIONAL INFORMATION - Account Closed At Consumers Request; Account Paid/Zero Balance;

**Continental National Bank of M**   1801 SW 1st St Miami FL 33135-1901 ; (305) 643-8253

| Account Number 626001* | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Date Reported 12/1999 | Date Opened 08/1995 | Date of Last Paymnt 08/1997 | Credit Limit | Terms Duration Monthly | Date of Last Activity 08/1997 | Date Maj. Del. 1st Rptd | Mnths Revd 4 | Activity Description | Creditor Classifiaction | Date Closed |
| Items As of Date Reported | Balance Amount $0 | High Credit $6,310 | Actual Paymnt Amount | Scheduled Paymnt Amount | | Charge Off Amount | | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date |

Current Status - Pays As Agreed; Type of Account - Revolving; Whose Account - Joint Account; ADDITIONAL INFORMATION - Account Paid/Zero Balance; Closed Account;

**Discover Financial Servcs LLC**   Discover Financial 248 Chapman Rd Newark DE 19702-5425

| Account Number 6011004249451* | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Date Reported 12/2006 | Date Opened 12/1992 | Date of Last Paymnt 07/2005 | Credit Limit $12,600 | Terms Duration Monthly | Date of Last Activity 07/2005 | Date Maj. Del. 1st Rptd | Mnths Revd 99 | Activity Description | Creditor Classifiaction | Date Closed |
| Items As of Date Reported | Balance Amount $0 | High Credit $18 | Actual Paymnt Amount | Scheduled Paymnt Amount | | Charge Off Amount | | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date |

Current Status - Pays As Agreed; Type of Account - Credit Card; Whose Account - Joint Account;

4
Continued O.     xt Page )

604060301 16APP-0005381 20-     · · 16903 - AS

(this section includes inquiries which display only to you and are not considered when evaluating your credit worthiness - examples of this inquiry type include a pre-approved offer of credit, insurance, or periodic account review by an existing creditor.)

## Company Information - Prefix Descriptions:

PRM - Inquiries with this prefix indicate that only your name and address were given to a credit grantor so they can provide you a firm offer of credit or insurance. (PRM inquiries remain for 12 months).

PR - Inquiries with this prefix indicate that a creditor reviewed your account as part of a portfolio they are purchasing. (PR Inquires remain for 12 months).

AM or AR - Inquiries with these prefixes indicate a periodic review of your credit history by one of your creditors. (AM and AR inquiries remain for 12 months)

Equifax or EFX - Inquiries with these prefixes indicate Equifax's activity in response to your contact with us for a copy of your credit file or a research request.

ND - Inquiries with this prefix are general inquires that do not display to credit grantors. (ND inquiries remain for 24 months)

ND MR - Inquiries with this prefix indicate the reissue of a mortgage credit report containing information from your Equifax credit file to another company in connection with a mortgage loan. (ND MR inquiries remain for 24 months)

| Company Information | Inquiry Date(s) | | | | |
|---|---|---|---|---|---|
| Equifax PO Box 740241 Atlanta, GA 30374-0241 | 03/08/2006 | 02/15/2006 | | | |
| Cap One Capital One 1013 W Broad St Glen Allen, VA 23060-5937 | 02/22/2006 | 01/27/2006 | | | |
| PRM-MDA Capital, Inc. 826 Central Ave St Petersburg, FL 33707-1600 | 01/27/2006 | | | | |
| AM-Chase Na Chase Na | 01/25/2006 | | | | |
| EFX Recovery Dept 100 Duffy Ave Hicksville, NY 11801-3639 Phone (302) 491-1609 | | | | | |
| EFX Equifax | | | | | |
| BRM-Citifinancial 300 Saint Paul St. Baltimore, MD 21202-2120 | 01/20/2006 | 06/08/2005 | | | |
| AR-MBNA America Na 455 PAPER MILL ROAD NEWARK DE 19711 | 01/03/2006 | | | | |
| AR-American Express PO BOX 7871 FT LAUDERDALE, FL 33329 | 12/20/2005 | | | | |
| PRM-Direct Merchants CR Card Bank 17600 N Perimeter Dr Ste 100 Scottsdale, AZ 85255-5440 | 12/12/2005 | 11/10/2005 | | | |
| AM-Wachovia Corporation 201 S. Tryon St. Cons-10 Charlotte, NC 28288-0001 | 12/07/2005 | 08/08/2005 | | | |
| AR-GembPMervyn's Retailers Nat Bank Mervyn PO Box 981400 El Paso, TX 79998-1400 | 10/18/2005 | | | | |
| PRM-Cingular/Bsb Wireless Offer 5 WEST PEACHTREE STREET NE, ATLANTA, GA 30309 | 08/18/2005 | 05/05/2005 | | | |
| PRM-Ameriquest Mortgage 1100 W Town And Country Rd Orange, CA 92868-4600 | 08/18/2005 | 06/24/2005 | 06/15/2005 | | |
| AM-Citi Cards Cbsbna Citibank (Sd)Na PO Box 6241 Sioux Falls, SD 57117-6241 Phone (800) 950-5118 | 07/08/2005 | | | | |
| PRM-Bellsouth Telecommunications 675 W Peachtree StNW Atlanta, GA 30375-0001 | 05/05/2005 | | | | |
| PRM-Capital One PO Box 85520 Internal Zip 1203C-163 Richmond VA 23285-5520 | 03/14/2005 | | | | |

604603011 6APP-00053812 0 - 6 · · 16903 · AS

**AMITY GROUP INC.**
Mail: P.O. Box 971608 • Miami, FL • 33197 - 1608
Office: 10393 S.W. 186 St. • Miami, FL 33157
Phone: (305) 235-2067 • Fax: (305) 235-9619

Exhibit P2

## F A X   T R A N S M I S S I O N

To: BANK OF AMERICA

From: P. Cecil Rambarran

Date: 2/4/06  1846

Fax No: 336805 1763

No of Pages  : 2
(Including this cover page)

Account No. 00214902188340

Kindly provide Copy of letters to Credit Bureau as soon as possible (See your letter of 6/7/05

Regards

Cecil

also mailed 2/13/06
See notes attached.

TIME : 02/04/2008 10:04

```
DATE,TIME          02/04 10:02
FAX NO./NAME       101098713368051752
DURATION           00:01:01
PAGE(S)            02
RESULT             OK
MODE               STANDARD
                   ECM
```

1 800 475 2025   Ext 5946B

(1) Called + left mssg 3/7/05

(2) Called 3/20 left msm

(3) Called 3/20 10 a am

(4) Peg Waiting 31   Clerisa notified
                           4/7/05

Exchibit P3

28

9701 Martinique Drive,
Miami Fl, 33189
03/14/2006

The Chief Executive Officer
Bank of America
4161 Piedmont Parkway
Greensboro, NC 27410

Dear Sir,

CERTIFIED MAIL
7005 1160 0001 8989 3235

Charge off account: 214902188340

I applied to obtain credit cards from card companies including your bank over the last 5 years without success because of the above entry in my credit report. I also was turned down by your bank on several occasions but eventually got a VISA card from you in late 2005

In addition I applied twice for automobile loans from your bank in 2004 and was rejected on both occasions. Your loan officer Albert Chin told me that the reason for the second rejection was due to a charge off account in my credit report. At that time I was baffled and dejected to say the least because I desperately needed funds to operate my business and which was not available to me due to the adverse entry in my credit report. I have been making efforts to obtain a copy of your bank's rejection letters without success. I attach Appendix A which is a log of my efforts to get this information. To date I have not yet received copies of your letters.

Further in 3/05 I was offered and applied for an unsecured line of credit for my company Amity Group Inc. of $50,000 but was turned down because of the said charged off account in my credit report. Securing such a facility was very critical for my company's existence and I have been denied the opportunity due to the above entry in my credit report.

Following the rejection of my application for the aforesaid line of credit I attempted to correct the problem and attach Appendix B showing the difficulty I was faced with in getting your company to provide me with a letter stating I did not nor did I owe your bank for the above loan since October 20, 2000 because it was paid in full.

My company recently received a check from you of $1,015.00 for amounts overcharged on our account ending in numbers 5419. This is ironic when you consider that over the last four years you have been paid almost $25,000 in overdraft/ late fees/ over the limit fees on my company business checking account no.1596156797. In addition I have paid your bank over $1,000 in overdraft fees/ late fees/ over the limit fees on my personal

checking account no. 1198322293. This situation has arisen due to my inability to secure credit.

I have sought advice in the matter and have been advised that the financial plight of my company and me is due directly to your bank's failure to protect my interest in diligently reporting and/ or following up the credit bureau to remove the above item from my credit report. Bear in mind it was your reckless and irresponsible reporting of the item in the first place which destroyed my credibility.

It is my view that the bank took unfair advantage of my company and me and therefore justifiably feel that compensation should be forth coming and ask that you consider my representation.

I take this opportunity to advise that I am open for discussions on the matter and look forward to your favorable response.

Yours very truly,

Parasram C. Rambarran

APPENDIX A

## AUTO LOAN REJECTION NOTICE

1/?/06  I SPOKE TO GRACE MENDOZA AT THE OLD CUTLER BRANCH SEEKING A COPY OF AN AUTO LOAN REJECTION NOTICE FOR A LOAN I HAD APPLIED FOR IN LATE 2004. SHE COULD NOT FIND THE INFORMATION ON THE COMPUTER SYSTEM AND UPON MY INSISTENCE CALLED 800 432 1000 FOR ASSISTANCE. THE PERSON SHE SPOKE WITH REPEATEDLY ASK HER TO HOLD AND THE CALL LASTED FOR WELL OVER 15 MINUTES. FINALLY SHE TOLD GRACE SHE COULD NOT ASSIST PROVIDE THE INFORMATION REQUIRED AND I WAS TOLD TO CALL THE SAID NUMBER AT A LATER TIME.

1/23/06  I SPOKE WITH WARREN RAULERSON AT THE SOME BRANCH SEEKING THE INFORMATION. ABOUT AN EXISTING AUTO LOAN FOR MY COMPANY IN PARTICULAR A BREAKDOWN OF THE INTEREST AND PRINCIPAL PAID FOR MY TAXES FOR TAXES. HE ASKED ME FOR MY SOCIAL SECURITY NO WHICH I GAVE TO HIM. HE GOT INTO THE SYSTEM AND PROMPTLY TOLD ME HE COULD FIND ANY EXISTING AUTO LOAN BUT TOLD ME I HAD A CHARGE OFF ACCOUNT ON THE RECORD. AFTER QUITE SOME ELAPSED I REMINDED HIM THAT THE INFORMATION I SOUGHT WAS FOR MY COMPANY AND OFFERED TO HIM MY COMPANY EIN NUMBER. HE INSISTED THAT I SHOULD GIVE HIM MY SOCIAL SECURITY NO AGAIN AND I WAS GETTING VERY UPSET UNTIL FINALLY HE ASK ME FOR THE EIN NUMBER AND FOUND THE INFORMATION. HE PRINTED IT AND I LEFT

My Loan application in 2004 and for a copy of the rejection letter. He checked the computer and being unable to find it He asked me to call 1800 2156195

2/2/06 I called 800 2156195 and spoke to Ruth Morale in Jacksonville. She was also unable to locate the Loan application and advise me to go back to the branch in order to get the Loan application number without which the Bank will not be able to provide me with the information.

2/4/06 I visited the branch again and met with Ivy Barreto. She made an attempt to seek out the information from the computer and could not find the info. She kept on searching and finally was able to locate same and provided me with application Nos. 0075021642 9340 02/04 and D. 0075021840 1050 11/04.

2/13/06 I spoke to Carisa at phone No 800-2156195 and gave her the application numbers. AND requested a copy of the said applications and the respective rejection letters She promised to provide me with them; She gave me a confirmation number which is 2753356441105481

3/7/06 I spoke to Alberto Jackson and asked for the information I sought. She emphatically told me She could not assist me and told me that I should go back to the branch I reminded her that Carisa at that number promised me the info and she gave me a confirmation number which I gave to Alberta

SHE COULD NOT ASSIST AND SUGGEST I GO BACK
TO THE BRANCH. I TOLD HER I DID NOT
WANT TO GO BANK AND PUT ME ON A
3 WAY CALL WITH WANDA BRUNET. WANDA
ASK ME TO COME TO THE BRANCH TO SPEAK
WITH THE MANAGER AND I ASK HER TO
GET THE MANAGER TO CALL ME. A
FEW MINUTES LATER WANDA CALLED
ME BACK TO GET THE CORRECT SPELLING
OF MY NAME AND SHE TOLD ME THE
MANAGER WILL CALL ME BACK

3/14/06 — I MADE TWO ATTEMPTS TO CONTACT THE
BRANCH AND WAS UNSUCCESSFULL. I MADE
ANOTHER ATTEMPT AND SPOKE WITH WANDA
WHO SEEMED SURPRISED I DID NOT HEAR
FROM THE MANAGER. SHE TOLD ME SHE HAD
PROVIDED THE MANAGER WITH ALL THE
NECESSARY DETAILS. I TOLD HER I WAS
CALLING WITH THE HOPE THAT THE MANAGER
WOULD HAVE ABLE TO ASSIST ME. I FURTHER
TOLD HER THAT THIS MY LAST ENTRY BECAUSE
I WAS SENDING OUT A COMPLAINT TO THE
BANK.

( 3)

3/1/06

_APPENDIX B._

NOTES. CONCERNING CHARGE OF
LOAN  21490218834O

| DATE | DETAILS |
|------|---------|
| 11/?/04 | I WENT TO THE OLD CUTLER BRANCH REQUESTING INFORMATION ABOUT A CHARGE LOAN WHICH WAS IN MY CREDIT REPORT. THIS WAS BROUGHT TO MY ATTENTION BECAUSE OF A PROPERTY TRANSACTION; I CANNOT RECALL WITH WHOM I SPOKE WITH. I WAS UNABLE TO GET INFORMATION ABOUT THE MATTER. |
| 12/3/04 | I PAID ANOTHER VISIT TO THE BANK. (I CANNOT RECALL WITH WHOM I SPOKE) AND AGAIN COULD NOT GET ANY DETAILS OF THE CHARGE OFF ACCOUNT. |
| 12/?/04 | I AGAIN VISITED THE BRANCH ENQUIRING ABOUT THE LOAN IN QUESTION AND I WAS UNABLE TO ANY INFORMATION. I WAS ADVISED BY THAT THE BRANCH COULD NOT ASSIST ME FURTHER IN THE MATTER. I GOT UPSET WITH HER BECAUSE SHE WAS UNWILLING TO LISTEN TO ME AND WAS DOGMATIC BY STATING SHE COULD NOT ASSIST ME. I REALISED I WAS NOT GETTING ANYWHERE WITH HER AND COMPLAINED IT WAS THEN I WAS CONFRONTED BY ANOTHER EMPLOYEE WARREN. RAULERSON WHO INSISTED I LEAVE THE BANK BECAUSE THE BRANCH COULD NOT ASSIST ME FURTHER. I LEFT VERY DISAPPOINTED NOT KNOWING WHAT TO DO. |
| 1/26/05 | I NORMALLY DO MY BANKING AT THE PERRIWE BRANCH AND HAVE A VERY GOOD RELATIONSHIP WITH ALL THE EMPLOYEES THERE IN PARTICULAR MR DAVID DIXON . I MET WITH HIM AND |

( 1 )

EXPLAINED TO HIM PROVIDED ME WITH A PRINTOUT
TWO MINUTES HE PROVIDED ME WITH A PRINTOUT
OF THE LOAN PARTICULARS (See ATTACHED)

3/?/05  I CALLED 800 475 8025 THE NUMBER SHOWN ON
THE COMPUTER PRINTOUT AND SPOKE WITH KATRINA.
SHE TOLD ME TO CALL 800 997 2493 OPTION 6.

3/23/05  I CALLED AND SPOKE WITH LISA PETER SEEKING
PARTICULARS OF THE ABOVE LOAN BUT SHE COULD
NOT ASSIST ME. I TOLD HER ABOUT ALL THE
PROBLEMS I AM HAVING AND INSISTED THAT I
SPEAK WITH A SUPERVISOR. SHE TRANSFERRED
ME TO TERRY CARTER EXT 59414.

MR CARTER ADVISED THAT THE FILE WAS IN
THE ARCHIVES AND THAT I SHOULD FAX THE
COMPUTER PRINT OUT TO HIM AT FAX NO
336 805 1773 AND MAKE REFERENCE TO
MY DISCUSSION WITH LISA PETER. HE
PROMISE TO RESPOND TO ME IN A FEW DAYS.

(6)

OVER 2 WEEKS  { I MADE SEVERAL CALLS TO HIM AND LEFT
{ MESSAGES ON HIS RECORDING BUT HE NEVER
{ RETURNED ANY OF MY CALLS.

4/?/05  I SPOKE NAIM AND HE PROMISED TO SEND
ME THE INFORMATION IN TWO DAYS. I HEARD
FROM HIM SINCE.

4/7/05  I SPOKE TO BETTY AND SHE ADVISED ME
TO CALL CAROL AT 800 475 2025 EXT 59360
OPTION 6 - (CAR LOANS).

4/7/05  I CALLED FOR CAROL AND LEFT A MESSAGE ON
THE RECORDING BUT NEVER HEARD FROM HER

4/15/05  NOT HAVING HEARD FROM CAROL I CALLED AND
SPOKE TO SEAN DAVIS EXT 59005. HE PROMISED M
TO GET THE FILE FROM ARCHIVES AND I WILL HEAR
FROM HIM IN 7-10 DAYS. I NEVER HEARD
FROM HIM.

(2)

6/6/05 NOT HAVING HEARD FROM _____
AND WAS ADVISED (UNKNOWN PERSON) TO CALL OPTION 1
EXT 6001

6/6/05 I CALLED AND SPOKE TO SOMEONE (UNKNOWN) WHO
ADVISED ME TO CALL SHARON TITCHER OPTION 7
EXT 63416

6/6/05 I CALLED AND SPOKE TO SHARON TITCHER AND
SHE PROMISED ME SHE WILL TAKE CARE OF THE
PROBLEM. I ASKED HER WHY SHOULD I BELIEVE
HER. BECAUSE I HAVE THE SAME PROMISE BY
SEVERAL PERSONS IN THE PAST. I WENT ON
TO TELL HER THAT IF I DID NOT GET A
SATISFACTORY RESPONSE I WILL HAVE TO
COMMUNICATE WITH THE CHIEF EXECUTIVE OFFICER
OF THE BANK. I REQUESTED THAT SHE PROVIDE
ME WITH AN ADDRESS WHERE I COULD FILE A
COMPLAINT WITH THE BANK. SHE PROVIDED ME
WITH THE INFORMATION.
SHARON THEN TOLD ME THAT I SHOULD NOT WORRY
ABOUT THE MATTER AND THAT I WILL HAVE
AN ANSWER BY THE NEXT DAY –

6/7/05 TRUE TO HER WORD SHARON CALLED ME ADVISING
THAT THE LOAN IN QUESTION WAS PAID IN FULL IN
2000 AND THAT A LETTER WILL BE SENT TO
THE CREDIT REPORTING COMPANIES AND SHE WILL
CALL ME BACK AND PROVIDE ME WITH A
CONFIRMATION NUMBER.

6/7/05 SHARON FAXED ME A COPY OF THE BANK'S DATED
LETTER WITH THE CONFIRMATION NUMBER
6/7/05

6/17/05 THE ORIGINAL LETTER MENTIONED ABOVE WAS
RECEIVED BY ME

(3)

Exhibit P4

9701 MARTINIQUE DR
MIAMI, FL 33189

5/2/06

THE CHIEF EXECUTIVE OFFICER
BANK OF AMERICA
4161 PIEDMONT PARKWAY
GREENSBORO, NC 27410

DEAR SIR,                    CHARGE OFF ACCOUNT xxxxxxx 8340

I REFER TO MY LETTER DATED 3/14/06 AND
ADVISE THAT NO REPLY WAS RECEIVED FROM YOU
AND TO DATE YOUR HAS FAILED TO PROVIDE ME
WITH A COPY OF MY LOAN APPLICATIONS MADE
IN 2004 AND COPIES OF DENIAL LETTERS FOR
THE APPLICATIONS. I UNDERSTAND I AM ENTITLE
IN LAW TO RECEIVE A COPY OF SAME. (I ATTACH
LOG APPENDIX C WHICH EXPLAINS).
I AM NOW FURTHER REQUESTING A COPY OF
YOUR LETTER WHICH WAS SENT TO THE CREDIT
BUREAU ADVISING THEM OF THE CHARGE OFF
ACCOUNT OF MY LOAN AS WELL AS A COPY
OF YOUR LETTER TO THE CREDIT BUREAU
ADVISING THEM THAT THE ACCOUNT WAS
PAID IN FULL.

YESTERDAY AT AROUND 7-00 PM I RECEIVED
A PHONE CALL FROM SHEILA OF YOUR BANK
DEMANDING PAYMENT OF $186.83, I ENQUIRED
OF HER WHAT WAS THE AMOUNT FOR AND

mailed 5/2/0

SHE ADVISED THAT THIS WAS FOR A LOAN ON A
FORD ESCORT. SHE ASKED ME WHETHER I OWNED SUCH
A VEHICLE AND I SAID YES. SHE THEN TOLD ME
AFTER I ASKED HER FOR THE ACCOUNT NO
THAT IT WAS FOR AN ACCOUNT WHICH ENDED IN
8340. I TOLD HER I DID NOT OWE THE BANK
ANY MONEY AND REQUESTED HER TO PROVIDE ME WITH
THE DETAILS. SHE PROMISED TO SEND THE INFORMATION
TO ME AND ASK ME TO CONFIRM MY ADDRESS AND I DID.
I ASK HER WHERE I CAN CONTACT HER AND SHE GAVE
ME TELEPHONE NO. 8004516362 EXT. 59022.

WHILE LATER I RECEIVED ANOTHER CALL FROM
SHIRLEY (SHE ADVISED THAT SHE CANNOT PROVIDE HER LAST
NAME NOR AN EMPLOYEE NO) WHO ADVISED ME THAT I
OWE THE BANK $125.24. I ASKED HER WHERE
SHE WAS CALLING FROM AND SHE ADVISED NORTH CAROLN.
I ASKED WHAT WAS THE AMOUNT OWING FOR AND SHE
SAID FOR A LINE OF CREDIT. I TOLD HER THAT I
DO NOT OWE THE BANK FOR ANY LINE OF CREDIT AND
ASK HER TO PROVIDE MORE INFORMATION. SHE THEN TOLD
ME THAT THE ACCOUNT NUMBER ENDED WITH 8340.
I TOLD HER SOMEONE JUST CALLED ME ON THE
MATTER AND I WENT ON TO DENY I OWE THE BANK
SHE THREATENED ME THAT IF I DO NOT PAY THE BANK
THE MATTER WILL BE REPORTED TO THE CREDIT BUREAU.
I THEN REQUESTED SHE PROVIDE ME WITH THE
DETAILS AND SHE PROMISED TO DO SO AND ASK ME
TO CONFIRM MY ADDRESS.

I AM ASTOUNDED THAT YOUR AFTER OVER 5 YEARS HAVE ELAPSED ALLEGING I OWE THE BANK TWO DIFFERENT AMOUNTS, I AM THEREFORE ASSUMING THAT INSTEAD OF THE BANK RESPONDING TO MY LETTER IT IS INSTEAD GETTING ITS EMPLOYEES TO CALL AND HARASS ME WITHOUT PROPER CAUSE AND WHEN I DENY I OWE ANY MONEY YOUR EMPLOYEE THREATEN TO REPORT ME TO THE CREDIT BUREAU.

IT WOULD SEEM TO ME THAT THE BANK IS ACTING IN BAD FAITH WITH THE HOPE THAT I WILL BE INTIMIDATED AND SURRENDER MY RIGHTS AFTER THE BANK HAS DAMAGED MY REPUTATIO BY WRONGFULLY REPORTING THE CHARGE OFF ACCOUNT TO THE CREDIT BUREAU.

I HEREBY REQUEST YOU RESPOND TO MY LETTER WITHOUT DELAY OTHERWISE I WILL BE FORCED TO DO WHATEVER IS NECESSARY TO PROTECT MY INTEREST

I ONCE AGAIN TAKE THE OPPORTUNITY TO ADVISE I STAND WILLING TO DISCUSS THE MATTER SO THAT IT MAY BE RESOLVED IN AN AMICABLE MANNER.

I REMAIN
YOURS VERY TRULY

PARASRAM CECIL RAMBARRAN

3/27/06 I called for Wanda Burnett.

Burnett I spoke to Beatrice who told me that Wanda Burnett was with a customer. I ask her for the name of the Manager she told me Shalina. I ask to speak to Shalina and was told she was with a customer. I request that Shalina call me back. I left my name & phone No.

3/27/06 Late in the day Wanda called and I spoke to her. I reminded her that I needed to speak with the Manager. I ask her if she could have the Manager Call me back because she was with a customer.

3/28/06 I Called and spoke to Shelly who advised me both Wanda Burnett and Shalina were not available because they were on the phone. I asked her for Shalina correct name because I was not getting a return call after leaving messages for the Manager. I told her I was about

4/3 Shelly Called and advised the bank is unable to provide me with the application and rejection notice.

Exhibit P5

9701 MARTINIQUE DR
MIAMI, FL 33189

JUNE 14, 2006.

THE CHIEF EXECUTIVE OFFICER
BANK OF AMERICA
4161 PIEDMONT PARKWAY,
GREENSBORO, NC 27410.

DEAR SIR,

<u>CHARGE OFF ACCOUNT xxxxxxxxx 8340</u>

I REFER TO MY PREVIOUS LETTERS TO YOU AND ADVISE
THAT TO DATE I HAVE NOT RECEIVED A COPY OF
THE LOAN APPLICATIONS I REQUESTED AND THE
RELATIVE DECLINATURE LETTERS.

I DID RECEIVE JUDY KELLY'S LETTER DATED 5/26/06
(COPY ATTACHED) WHICH BESIDES OFFERING APOLOGIES
ADVISED THE BANK'S FURTHER ATTEMPT TO CLEAN UP
THE RECORD WHICH WAS THE CAUSE OF THE BANK'S
NEGLIGENT REPORT TO THE CREDIT REPORTING AGENCIES
THAT I DID NOT PAY OFF THE AUTO LOAN AND THAT
THE ALLEGE BALANCE WAS "CHARGED OFF". THERE WAS
NO NEED FOR KELLY'S LETTER TO THE CREDIT
REPORTING AGENCIES BECAUSE THE BANK'S LETTER DATED
JUNE 5, 2005 HAD ALREADY TOOK CARE OF THE
PROBLEM (SEE COPY ATTACHED)

I ALSO RECEIVED REGINA PARKER'S LETTER DATED
5/31/06 REGARDING ACCOUNT NUMBER ENDING IN 5419
(A COPY IS ATTACHED) IN WHICH A CHECK FOR $175.00
WAS ENCLOSED. I AM ASTONISHED ABOUT THIS ENTIRE
MATTER AND WONDER WHY THE AMOUNT WAS NOT PAID
AT THE TIME YOUR CHECK FOR $1,015.00 WAS SENT.
THE UNAVAILABILITY OF THESE FUNDS PAID A SIGNIFICANT
ROLE IN MY FINANCIAL PLIGHT OVER THE YEARS.

(2)

BOTH MY COMPANY AMITY CLOUD INC AND I HAVE SUFFERED TREMENDOUSLY. FINANCIALLY AND I WAS MENTALLY DISTRESSED BECAUSE OF THE BANK'S ERRONEOUS REPRESENTATION WHICH RESULTED IN A LOSS OF CREDIT WORTHINESS OCCURRING OVER THE LAST SIX YEARS AND CONSEQUENTLY FEEL THAT COMPENSATION SHOULD BE FORTHCOMING AND WOULD LIKE TO HEAR FROM YOU CONCERNING THIS QUESTION.

I HAVE DECIDED TO DIRECT MY REPLY BACK TO YOU. BECAUSE VARIOUS PROBLEMS CANNOT BE DISCUSSED IN ISOLATION AND CAN ONLY BE DONE IN TOTALITY, I THEREFORE OUTLINE TO YOU SOME POINTS FOR YOUR CONSIDERATION:

1. I WAS NEVER NOTIFIED BY THE BANK THAT THE ABOVE ACCOUNT WAS BEING REPORTED TO THE CREDIT REPORTING AGENCIES, NOR WAS I ADVISED AFTER YOUR ERRONEOUS REPORT WAS FILED. I UNDERSTAND I WAS ENTITLED TO SUCH NOTIFICATION BY LAW.

2. THE ADVERSE RESULTS OF THE NEGLIGENT REPORT TO THE CREDIT REPORTING AGENCIES

3. YOUR BANK'S REJECTION OF LOAN APPLICATIONS MORE SPECIFICALLY IN ONE INSTANCE THE REJECTION WAS DUE TO THE SAID "CHARGE OFF ACCOUNT IN MY CREDIT REPORT. YOUR EMPLOYEE AT THE TIME ONLY SAID I HAD A CHARGE OFF ACCOUNT ON MY CREDIT REPORT. HE DID NOT ELABORATE NOR PROVIDE ANY DETAILS.

4. BETWEEN MY COMPANY AND I WE PAID YOUR BANK OVER $25,000 IN LATE/OVERDRAFT/OVER THE LIMIT FEES OVER THE LAST 5 YEARS. THIS AROSE PRIMARILY BECAUSE OF MY INABILITY TO SECURE CREDIT FACILITIES NOT EVEN FROM YOUR BANK.

5. ERRONEOUS ANNUAL FEES ON ACCOUNT NO. ENDING 5419. AMOUNTING TO $1,050 OVER THE LAST 6 YEARS

FINALLY I REITERATE I STAND WILLING TO DISCUSS THE OVERALL PROBLEMS WITH YOUR BOOK. AND LOOK FORWARD TO HEARING FROM YOU AS SOON AS POSSIBLE.

I REMAIN,
YOURS VERY TRULY

PARASRAM CECIL RAMBARRAN

CC REGINA PARKER - CONSUMER REAL ESTATE EXECUTIVE OFFICE
CC JUDY KELLY, AVP - EXECUTIVE RESPONSE REP, CONSUMER RISK LOAN OPERATIONS.

**Bank of America.**

Bank of America
Consumer Real Estate
Executive Issues & Concerns
NC4-105-01-07
4161 Piedmont Parkway
Greensboro, NC 27410

May 31, 2006

Mr. Parasram Cecil Rambarran
Amity Group Inc.
P.O. Box 971608
Miami, FL 33157

RE: Annual fees charged to Line of Credit

Dear Mr. Rambarran:

Thank you for taking the time to contact the Executive Office for Bank of America and allowing us the opportunity to research and respond to your concerns regarding annual fees assessed on the above mentioned account.

We regret that, in this case, the service you received did not meet your expectations. Although it is never pleasant to hear that a customer is dissatisfied, we appreciate your taking the time to bring this matter to our attention.

I am pleased to confirm for you that your annual fees have been refunded back to you. The total fees assessed on this line of credit from 1999 until 2005 were $1050.00. There was no interest accruing on this amount. A check for $875.00 has already been mailed to you, along with a check in the amount of $140.00, for your inconveniences. The remaining amount of fees that are due to you is $175.00. A check for this amount is enclosed with this letter. We have updated this file so that future annual fees will not be assessed to the account.

We trust that this explanation provides the information you requested. Once more we sincerely apologize for your experience. Please feel free to contact us if you have further questions or if you would like any additional information. Again, we do value you as a Bank of America Customer and sincerely regret the confusion and frustration you have experienced. We trust that your future interactions with our company are more positive.

Sincerely,

Regina Parker
Consumer Real Estate Executive Office
336-805-9943

S A
2000 2004
US Olympic Team

**Bank of America**

Bank of America Corporation
Customer Relations
PO Box 21991
Greensboro, NC 27420-1848

May 26, 2006

Parasram Rambarran
9701 Martinique Dr.
Miami, FL 33189

Re: xxxxxxxxx8340

Dear Parasram Rambarran,

This letter is in response to your letter sent to our CEO, Mr. Ken Lewis. Due to the vast majority of correspondence received in Mr. Lewis's office, it would be virtually impossible for any one person to respond to each letter received. Therefore, your concern was forwarded to the Executive Response Unit for review. Thank you for the opportunity to address your issue concerning the above referenced account.

On behalf of Bank of America, please accept our apology for the unsatisfactory service you received while communicating with several of our associates and the frustration you have encountered as a result of this internal error.

A review of your account showed a small balance remained on your account after it was paid off. These fees were to be waived and not to be collected. A coding issue caused this dilemma.

Enclosed is your copy of the credit bureau update, which was submitted May 25, 2006, requesting to remove the charge off and show paid as agreed.

On behalf of the Executive Office, again we sincerely apologize for any inconvenience you may have experienced due to this situation. It is not our intention to conduct business in a manner that could result in unpleasantness for our customers.

Thank you for bringing this to our attention. We value you as a customer and hope to serve you in a more efficient manner in the future.

Sincerely,

*Judy Kelly*

Judy Kelly, AVP
Executive Response Rep.
Consumer Risk Loan Operations

cc: Executive Office

U S A

9701 MARTINIQUE DR
MIAMI, FL 33189

CERTIFIED MAIL

7/26/06

JUDY KELLY AVP                    Exhibit P6
BANK OF AMERICA CORPORATION
CUSTOMER RELATIONS
P O BOX 21991
GREENSBORO, NC 27420-1848

DEAR JUDY KELLY,

    ACCOUNT XXXXXXXX 8340

I REFER TO YOUR LETTER DATED 7/17/06 AND RESPOND
TO YOUR COMMENTS AS FOLLOWS:

1. REGARDING YOUR SECOND PARAGRAPH I DO NOT HAVE
COPIES OF THE CORRESPONDENCE YOU ARE REFERRING TO, BUT
BE THAT AS IT MAY ANY PAYMENT ALLEGEDLY MADE BY ME
TO THE COLLECTION AGENCY IN QUESTION WAS PROBABLY MADE
OUT OF FEAR AND NOT BECAUSE IT WAS DUE TO YOU. I
AM THEREFORE REQUESTING COPIES OF THOSE DOCUMENTS
FOR REVIEW; FURTHERMORE, THE VEHICLE WAS TRADED TO
AUTO NATION WHO PAID OFF THE BALANCE DUE TO
YOU AND THEREFORE THE LOAN WAS PAID IN FULL.

IN VIEW OF THE ABOVE AM NOW DEMANDING YOUR
REPAYMENT OF ANY AMOUNT THAT WAS PAID TO THE
COLLECTION AGENCY BECAUSE SUCH PAYMENT WAS
MADE IN ERROR.

IN ANY EVENT, THE BANK WAS NEGLIGENT IN
REPORTING THIS MATTER AS A CHARGED OFF ACCOUNT
WHEN IN FACT THE LOAN WAS PAID IN FULL BY
AUTO NATION.

2. CONCERNING PARAGRAPH 3. I AM TO ADVISE THAT MY REQUEST FOR COPIES OF APPLICATIONS AND DECLINATION LETTERS ARE NOT FOR LOANS FOR THE YEARS 2000 AND 2002, BUT FOR APPLICATIONS MADE IN 2004 AND 2005 FOR MY COMPANY BUT WERE REJECTED BECAUSE OF THE SAID CHARGE OFF ACCOUNT IN MY CREDIT REPORT. AS WAS TOLD TO ME BY ALBERT CHIN YOUR LOAN OFFICER. I NOTE YOUR REMARKS CONCERNING THE APPARENT STATUTORY TIME LIMITATION TO MAINTAIN COPIES THE APPLICATIONS. I WAS REPEATEDLY TOLD BY YOUR EMPLOYEES THESE APPLICATION WERE NOT IN THE SYSTEM ANY LONGER.

3. AS FOR PARAGRAPHS 3 AND 4 I AM NOT CONTESTING YOUR DECLINATIONS FOR THE TWO(2) LOAN APPLICATIONS STATED.

4. IN RESPECT TO PARAGRAPH 6 MOST OF THE OVERDRAFT FEES PAID BY MY COMPANY AMITY GROUP INC ACCOUNT 1596156797 AND MY PERSONAL ACCOUNT 1198322793 COULD HAVE BEEN AVOIDED IF THE FEES YOU ERRONEOUSLY CHARGED ME ON THIS ACCOUNT WAS AVAILABLE TO ME, WHICH AMOUNTED TO $1050.00 FROM SINCE 1998. ALSO A REVIEW OF MY COMPANY'S ACCOUNT NO 1596156797 HAVE REVEALED THAT OVERDRAFT FEES WERE CHARGED TO THE ACCOUNT EVEN THOUGH THE ACCOUNT WAS NOT IN OVERDRAFT. I AM NOW IN THE PROCESS OF REVIEWING THE ACCOUNT GOING BACK TO 1998. ALSO OVERDRAFT FEES HAVE BEEN

I DO NOT AGREE WITH YOUR FINAL COMMENT THAT THE MATTER IS CLOSED AND DEMAND THE FOLLOWING:

(a) COPIES OF THE DOCUMENTS I SEEK IN PARAGRAPH 3 ABOVE, BEARING IN MIND I HAVE REPEATEDLY REQUESTED THESE IN THE PAST AND THE STATUTORY TIME LIMITATION MENTIONED IN PARAGRAPH 3 OF YOUR LETTER.

(b) COPIES OF YOUR LETTERS SENT TO ME PRIOR TO REPORTING THE CHARGE OFF ACCOUNT TO THE CREDIT REPORTING AGENCIES, AS WELL YOUR LETTER TO ME ADVISING ME THE MATTER HAD BEEN REPORTED TO THE SAID AGENCIES

-2-

IN ORDER TO PROTECT THIS MATTER FROM BECOMING STATUTE BARRED I REQUEST YOUR RESPONSE WITHIN TEN (10) DAYS FROM RECEIPT OF THIS LETTER INDICATING YOUR WILLINGNESS TO COMPROMISE THE MATTER.

I LOOK FORWARD TO RECEIVING A FAVORABLE RESPONSE.

Sincerely

PARASRAM CECIL ROMBARRAN

P S (A) I HAVE PREVIOUSLY REQUESTED YOU PROVIDE ME WITH COPIES OF ALL LETTERS SENT BY YOU TO THE CREDIT REPORTING COMPANIES EVIDENCING THE FACT YOU REQUESTED THAT THEY UPDATE THE ACCOUNT TO READ PAID CHARGE OFF ON MY CREDIT PROFILE. TO DATE YOU HAVE NOT DONE SO AND I AM AGAIN MAKING THE SAID REQUEST

(B) REGARDING YOUR PARAGRAPH FOR YOUR CHECKS ARE INSUFFICIENT BECAUSE NO ACCOUNT WAS TAKEN OF THE FACT THAT INTEREST PAID ON THAT ACCOUNT SHOULD HAVE BEEN MUCH LESS TAKING INTO ACCOUNT THAT THE ANNUAL FEES WERE BEING APPLIED THUS INCREASING THE AMOUNT THAT INTEREST WAS BEING CALCULATED UPON. ALSO THERE OVER THE LIMIT FEES WHICH WERE CHARGED AS WELL AND SHOULD NOT BEEN SO, HAD IT NOT BEEN FOR THE ANNUAL FEES CHARGED.

— 3 —

**Bank of America**

Bank of America
PO Box 21846
Greensboro, NC 27420-1846

Fax    336.805.1752
Fax    336.805.1763

Bank of America

June 7, 2005

Mr. Parasram Rambarran
9701 Martinique Drive
Miami, Florida 33189

Re:  Account No. 00214902188340

Dear Mr. Rambarran:

This letter is to confirm that Automated Update Forms have been sent to the
(3) credit bureau's (Equifax, Experian, and TransUnion) advising them to
report a zero balance on this account as of October 20, 2000. The account was
paid in full on October 20, 2000. The confirmation number is 9520155.

If I can be of further assistance, please call me at 1-800-475-2025, ext. 59468.

Sincerely,

*Kaye Gwaltney*

Kaye Gwaltney
Recovery Internal Operations Coordinator
Bank of America

U S A
2000 2004
US Olympic Teams

# CREDIT PLUS

# CREDIT REPORT

| | |
|---|---|
| FILE # | 5123456   FNMA # 7596791 |
| PREPARED FOR | THE MORTGAGE CENTE - 9983ECR |
| | 5767 NW 151ST |
| | MIAMI LAKES, FL 33014 |

| | |
|---|---|
| DATE COMPLETED | 6/6/2005 |
| DATE ORDERED | 06/06/2005 |
| REPOSITORIES | XP/EF |
| PRICE | |
| REF. # | RAMBARRAN |

| | |
|---|---|
| RQD' BY | CRAIG LANE |
| PRPD' BY | |
| LOAN TYPE | |

PROPERTY ADDRESS

APPLICANT

CO-APPLICANT

| | | |
|---|---|---|
| APPLICANT | RAMBARRAN, PARASRAM | |
| SOC SEC # | 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   DOB | |
| MARITAL STATUS | | |
| CURRENT ADDRESS | 9701 MARTINIQUE DRIVE, MIAMI, FL 33189 | |
| PREVIOUS ADDRESS | | |

| | |
|---|---|
| CO-APPLICANT | |
| SOC SEC # | DOB |
| DEPENDENTS | |
| | LENGTH |
| | LENGTH |

EMPLOYMENT

| | |
|---|---|
| EMPLOYER | |
| POSITION | |
| SINCE | |
| INCOME | |
| VERIFIED BY | |

| | |
|---|---|
| EMPLOYER | |
| POSITION | |
| SINCE | |
| INCOME | |
| VERIFIED BY | |

SCORE MODELS

EQUIFAX/BEACON 5.0 - PARASRAM RAMBARRAN - 591788905
SCORE: 688
00039 - SERIOUS DELINQUENCY
00013 - TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN
00018 - NUMBER OF ACCOUNTS WITH DELINQUENCY
00006 - TOO MANY CONSUMER FINANCE COMPANY ACCOUNTS

EXPERIAN/FAIR, ISAAC (VER. 2) - PARASRAM RAMBARRAN - 591788905
SCORE: 692
39 - SERIOUS DELINQUENCY
18 - NUMBER OF ACCOUNTS DELINQUENT
02 - DELINQUENCY REPORTED ON ACCOUNTS
08 - NUMBER OF RECENT INQUIRIES

CREDIT

| ECOA | WHOSE | CREDITOR | DATE REPORTED | DATE OPENED / DLA | HIGH CREDIT / ACCT TYPE | BALANCE / TERMS | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS / SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| J | B | BANK OF AMERICA 431212370896 | 05/05 | 06/92 02/05 | $1147 REV | $425 $15 | $0 | 41 | 0 | 0 | 0 | R1 XP/EF |
| U | B | CBUSA 603532019498 | 05/05 | 08/04 05/05 | $5000 REV | $38 $10 | $0 | 10 | 0 | 0 | 0 | R1 XP |
| J | B | CHASE 4366133032958117 | 05/05 | 01/92 05/05 | $13100 REV | $9 $9 | $0 | 99 | 0 | 0 | 0 | R1 XP/EF |
| B | B | AMEX 03045916401431 ACCOUNT CLOSED AT CONSUMER'S REQUEST | 12/01 | 11/93 --/-- | $169 OPEN | $0 001 $0 | $0 | 1 | 0 | 0 | 0 | O1 XP |
| B | B | CAP ONE BK 412174131366 Late Dates: 9/04-30, 12/03-30, 4/03-30 ACCOUNT CLOSED AT CONSUMER'S REQUEST | 10/04 | 07/94 05/04 | $1676 REV | $0 $0 | $0 | 99 | 10 | 5 | 3 | R1 XP/EF |

ECOA KEY: B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER

**CREDIT PLUS: 31550 WINTERPLACE PARKWAY, SALISBURY, MD 21801 (P) (800) 258-3488 (F) (800) 258-3287**

The information is furnished in response to an inquiry for the purpose of evaluating credit risk. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnify. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration

FILE #          5123456      FNMA # 7596791
PREPARED FOR    THE MORTGAGE CENTE - 9983ECR    DATE COMPLETED 6/6/2005    RQD' BY    CRAIG LANE
                5767 NW 151ST                   DATE ORDERED   06/06/2005
                MIAMI LAKES, FL 33014           REPOSITORIES   XP/EF       PRPD' BY
                                                PRICE                      LOAN TYPE
PROPERTY ADDRESS                                REF. #              RAMBARRAN

APPLICANT                  APPLICANT                       CO-APPLICANT         CO-APPLICANT
SOC SEC #                  RAMBARRAN, PARASRAM
MARITAL STATUS             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    DOB              SOC SEC #
                                                          DEPENDENTS                 DOB

| E C O A | W H O S E | CREDITOR | DATE REPORTED | DATE OPENED / DLA | HIGH CREDIT / ACCT TYPE | BALANCE / TERMS | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS / SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | B | CBUSASEARS 65107236 ACCOUNT CLOSED AT CONSUMER'S REQUEST | 03/02 | 01/93 05/00 | $2940 REV | $0 $0 | $0 | 99 | 0 | 0 | 0 | R1 XP/EF |
| J | B | CHASE 426370135885 SECOND MORTGAGE | 11/04 | 11/02 11/04 | $44000 MTG | $0 120 $0 | $0 | 24 | 0 | 0 | 0 | M1 XP/EF |
| B | B | CITI 525606506114 Late Dates: 11/00-30, 8/00-30, 4/00-120, 3/00-90, 2/00-60, 1/00-30 ACCOUNT CLOSED AT CONSUMER'S REQUEST | 07/01 | 07/94 06/01 | $3017 REV | $0 $0 | $0 | 36 | ③ | ① | ② | R1 XP/EF |
| B | B | CITI 427138206176 Late Dates: 12/00-60, 7/00-60, 1/00-60 ACCOUNT CLOSED AT CREDIT GRANTOR'S REQUEST | 07/01 | 02/95 04/01 | $5000 REV | $0 $0 | $0 | 78 | 0 | ③ | 0 | R1 XP/EF |
| B | B | CITI 542379602225 ACCOUNT CLOSED AT CREDIT GRANTOR'S REQUEST | 06/00 | 06/91 03/00 | $5200 REV | $0 $0 | $0 | 99 | 0 | 0 | 0 | R1 XP/EF |
| B | B | CITIBANK 432140200399 ACCOUNT TRANSFERRED OR SOLD | 09/99 | 07/94 07/96 | $2400 REV | $0 $0 | $0 | 30 | 0 | 0 | 0 | R1 EF |
| J | B | CONSUMER ASSET MGMT 2300260013604 TRANSFERRED TO ANOTHER LENDER | 11/96 | 08/95 11/96 | $6311 INST | $0 024 $0 | $0 | 15 | 0 | 0 | 0 | I1 XP/EF |
| J | B | CONTINENTA 6260013604 CLOSED ACCOUNT | 12/99 | 08/95 08/97 | $6310 INST | $0 24 $0 | $0 | 04 | 0 | 0 | 0 | I1 EF |
| J | B | DISCOVER FINANCIAL S 601100492451 | 05/05 | 12/92 07/04 | $14555 REV | $0 $0 | $0 | 66 | 0 | 0 | 0 | R1 XP/EF |
| B | B | GEMB/MERVYNS 6045891134202592 | 05/05 | 07/91 --/-- | $200 REV | $0 $0 | $0 | 4 | 0 | 0 | 0 | R1 XP/EF |
| B | B | HSBC/RS 3555917889058 | 10/96 | 10/93 09/96 | $0 REV | $0 $0 | $0 | 37 | 0 | 0 | 0 | R1 XP/EF |
| 3 | B | MBNA AMERICA 601100492451 | 05/05 | 05/05 | $7500 | $0 | $0 | 1 | 0 | 0 | 0 | R1 |

ECOA KEY: B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER

CREDIT PLUS: 31550 WINTERPLACE PARKWAY, SALISBURY, MD 21801 (P) (800) 258-3488 (F) (800) 258-3287
information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed
to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law
90-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

e://C:\WINPOINT\WORK\EMBDCredit.HTML

| FILE # | 5123456   FNMA # 7596791 | DATE COMPLETED 6/6/2005 | RQD' BY | CRAIG LANE |
| PREPARED FOR | THE MORTGAGE CENTE - 9983ECR | DATE ORDERED 06/06/2005 | | |
| | 5767 NW 151ST | REPOSITORIES   XP/EF | PRPD' BY | |
| | MIAMI LAKES, FL 33014 | PRICE | LOAN TYPE | |
| | | REF. # | RAMBARRAN | |

PROPERTY ADDRESS

|  | APPLICANT | | CO-APPLICANT |
| APPLICANT | RAMBARRAN, PARASRAM | CO-APPLICANT | |
| SOC SEC # | 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   DOB | SOC SEC # | DOB |
| MARITAL STATUS | | DEPENDENTS | |

### CREDIT

| E C O A | W H O S E | CREDITOR | DATE REPORTED | DATE OPENED / DLA | HIGH CREDIT / ACCT TYPE | BALANCE / TERMS | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS / SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 137 | | 05/05 | REV | $0 | | | | | | XP/EF |
| J | B | NATIONWIDE ADVANTAGE 698248 VA REAL ESTATE LOAN | 11/04 | 02/86 10/04 | $55000 MTG | $0 360 $0 | $0 | 99 | 0 | 0 | 0 | M1 XP/EF |
| J | B | WACHOVIA BANK NA/FTU 522854200109 | 05/98 | 03/92 --/-- | $2500 REV | $0 $0 | $0 | 44 | 0 | 0 | 0 | INACTIVE XP |
| U | B | CBUSA 603532017607 CREDIT CARD LOST OR STOLEN | 05/05 | 08/04 02/05 | $5000 REV | - | - | 10 | 0 | 0 | 0 | CRCDLOST XP |

### COLLECTION ACCOUNTS

| E C O A | W H O S E | CREDITOR | DATE REPORTED | DATE OPENED / DLA | HIGH CREDIT / ACCT TYPE | BALANCE / TERMS | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS / SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | B | BOA - DALS 214902188340 Late Dates: 9/00-30, 8/00-30 CHARGED OFF ACCOUNT | 10/00 | 07/98 07/00 | $2176 INST | $2176 24 - | $2176 | 2 | 0 | 0 | I9 XP/EF |

### INQUIRIES (ONLY LAST 90 DAYS SHOWN)

| EF | 04/15/05 | CBDELMARVA |
| XP | 04/15/05 | CREDIT PLUS |
| EF | 03/24/05 | CAPONEFSB |
| XP | 03/24/05 | CAPITAL ONE FSB |
| XP | 03/18/05 | HSBC BANK USA NA |

*Cannot get bail to 2002*

PUBLIC RECORDS
*** NONE ***

### TRADE SUMMARY

| | # | BALANCE | HIGH CREDIT | PAYMENTS | PAST DUE |
|---|---|---|---|---|---|
| MORTGAGE | 2 | 0 | 0 | 0 | 0 |
| AUTO | 0 | 0 | 0 | 0 | 0 |
| EDUCATION | 0 | 0 | 0 | 0 | 0 |
| OTHER INSTALLMENT | 3 | 2176 | 2176 | 0 | 2176 |
| OPEN | 1 | 0 | 0 | 0 | 0 |
| REVOLVING | 15 | 472 | 41502 | 34 | 0 |
| OTHER | 0 | 0 | 0 | 0 | 0 |

*21   2648   43768   34   2176.*

ECOA KEY: B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER

CREDIT PLUS: 31550 WINTERPLACE PARKWAY, SALISBURY, MD 21801 (P) (800) 258-3488 (F) (800) 258-3287
The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

| FILE #<br>PREPARED FOR | 5123456   FNMA # 7596791<br>THE MORTGAGE CENTE - 9983ECR<br>5767 NW 151ST<br>MIAMI LAKES, FL 33014 | DATE COMPLETED 6/6/2005<br>DATE ORDERED   06/06/2005<br>REPOSITORIES   XP/EF<br>PRICE | RQD' BY   CRAIG LANE<br>PRPD' BY<br>LOAN TYPE |
|---|---|---|---|
| PROPERTY ADDRESS | | REF. #   RAMBARRAN | |

| | APPLICANT | | CO-APPLICANT |
|---|---|---|---|
| APPLICANT<br>SOC SEC #<br>MARITAL STATUS | RAMBARRAN, PARASRAM<br>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   DOB | CO-APPLICANT<br>SOC SEC #<br>DEPENDENTS | DOB |

TRADE SUMMARY

| | TOTAL | 21 | 2648 | 43678 | 34 | 2176 |
|---|---|---|---|---|---|---|

| SECURED DEBT | 0 | OLDEST TRADELINE | 02/86 |
|---|---|---|---|
| UNSECURED DEBT | 2648 | DEBT/HIGH CREDIT | 6% |

DEROGATORY SUMMARY

| CHARGE OFFS: | 1 | 30 DAYS: | 3 | INQUIRIES: | 5 |
|---|---|---|---|---|---|
| COLLECTIONS: | 0 | 60 DAYS: | 3 | | |
| BANKRUPTCY: | 0 | 90 DAYS: | 2 | | |
| PUBLIC RECORDS: | 0 | OTHER: | 0 | | |

MISCELLANEOUS INFORMATION

Instant View Password: AV-64F690
Fannie User ID: DV04390

To verify the authenticity of this credit report, please visit https://credit.creditplus.com and click on the Instant View link. Enter report number 5123456 and password AV-64F690 to view the report. For any inquiries regarding this report or services provided by CREDIT PLUS please contact us at (800) 258-3488.

SOURCE OF INFORMATION

1   EQUIFAX - PULLED ON: 06/06/05 - INFILE DATE: 09/29/89
NM: PARASRAM CECIL RAMBARRAN DOB: 01/00/45
SS: 591788905
AD: 9701 MARTINIQUE DR, MIAMI, FL 33189 - REPORTED 04/98
AD: PO BOX 971608, MIAMI, FL 33197 - REPORTED 04/98
AD: 10393 SW 186TH ST, MIAMI, FL 33157 - REPORTED 02/99
EM: AMITY GROUP INC/PRES CHM/MIAMI FL
EM: PUBLIC SAVINGS LIFE/SALESMAN/
EM: ZAYRES/SALES/

2   EXPERIAN - PULLED ON: 06/06/05
NM: PARASRAM CECIL RAMBARRAN YOB: 1955
SS: 591788905
AD: 9701 MARTINIQUE DR, MIAMI, FL 331891735 - REPORTED 09/91 - 05/05
AD: PO BOX 971608, MIAMI, FL 331971608 - REPORTED 07/96 - 04/98
AD: PO BOX 970895, MIAMI, FL 331970895 - REPORTED 04/95 - 04/96
EM: AMITY GROUP INC//MIAMI FL - REPORTED 01/96
EM: AMITY INSURANCE// - REPORTED 02/99

CREDITORS

| AMEX | TAPE - P O BOX 7871, FORT LAUDERDALE, FL 33329 | 954-503-3787 |
|---|---|---|
| BANK OF AMERICA | 4161 PIEDMONT PKWY, GREENSBORO NC 27410 | 800-432-1000 |
| BANKAMERIC | P.O. BOX 7047, DOVER DE 19903 | 800-759-6262 |
| BANKONE NA | 800 BROOKSEDGE BLVD, WESTERVILLE OH 43081 | 800-955-9900 |
| BANKONEDE | | 800-677-7101 |
| CAP 1 BANK | | 800-955-7070 |

ECOA KEY: B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER

CREDIT PLUS: 31550 WINTERPLACE PARKWAY, SALISBURY, MD 21801 (P) (800) 258-3488 (F) (800) 258-3287
The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

| FILE # | 5123456    FNMA # 7596791 | DATE COMPLETED 6/6/2005 | RQD' BY | CRAIG LANE |
| PREPARED FOR | THE MORTGAGE CENTE - 9983ECR | DATE ORDERED    06/06/2005 | | |
| | 5767 NW 151ST | REPOSITORIES    XP/EF | PRPD' BY | |
| | MIAMI LAKES, FL 33014 | PRICE | LOAN TYPE | |
| | | REF. #             RAMBARRAN | | |

**PROPERTY ADDRESS**

| | APPLICANT | | CO-APPLICANT |
| APPLICANT | RAMBARRAN, PARASRAM | CO-APPLICANT | |
| SOC SEC # | 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      DOB | SOC SEC # | DOB |
| MARITAL STATUS | | DEPENDENTS | |

**CREDITORS**

| | | |
|---|---|---|
| CAPITAL ONE BANK | PO BOX 85520, RICHMOND VA 23285 | BY MAIL ONLY |
| CAPITAL ONE FSB | 10800 NUCKOLS RD, GLEN ALLEN, VA 23060 | |
| CBDELMARVA | 530 RIVERSIDE DR, SALISBURY, MD 21801 | 410-742-9551 |
| CBUSA | PO BOX 9714 (home depot), GRAY TN 37615 | 800-677-0232 |
| CBUSASEARS | 133200 SMITH RD, CLEVELAND OH 44130 | MAIL ONLY |
| CHASE | N54 W 13600 WOODALE DR, MENNOMONEE WI 53051 | 812-332-6351 |
| CITI | P.O. BOX 6500, SIOU FALLS SD 57117 | 800-934-2788 |
| CITIBANK | 4500 N. LINDEN HILL RD, WILMINGTON DE 19808 | 800-635-1520 |
| CONS ASSET | 777 BRICKELL AVE SUITE 11, MIAMI FL 33131-2869 | 305-536-6161 |
| CONSUMER ASSET MGMT | 777 BRICKELL AVE STE 121, MIAMI, FL 33131 | 305-536-6161 |
| CONTINENTA | 1801 S.W. 1ST, MIAMI, FL 33135-1995 | 305-643-8253 |
| DISCOVER FINANCIAL SVC | PO BOX 15316, WILMINGTON, DE 19850 | 800-347-2683 |
| DISCOVR CD | PO BOX15316, WILMINGTON DE 19850 | 800-347-5342 |
| HHLD BANK RETAIL | 90 CHRISTIANA RD, NEW CASTLE, DE 19720 | 800-695-6950 |
| HSBC BANK USA | 1 HSBC CTR FL 18, BUFFALO, NY 14203 | BY MAIL |
| HSBC/RS | POB 978, WOOD DALE IL 60191 | MAIL ONLY |
| MBNA AMER | , | 800-421-2110 |
| MBNA AMERICA BANK NA | 400 CHRISTIANA ROAD, NEWARK, DE 19713 | 800-421-2110 |
| MCCBG/MERV | RETAILERS NATL BANK MERV, MINNEAPOLIS MN 55440 | |
| MCCBG/MERVYNS | 3701 WAYZATA BLVD, MINNEAPOLIS MN 55416 | 612-307-6000 |
| NATIONWIDE | 1701 48TH STREET, WEST DES MOINES IA 50391 | 515-224-7100 |
| NATIONWIDE ADVANTAGE | 1701 48TH ST STE 100, WEST DES MOINES IA 50266 | 515-224-7100 |
| WACHOVIA BANK NA/FTU | CONS-10, CHARLOTTE NC 28288 | 888-472-0535 |

**DISCLAIMER**

An asterisk (*) following the payment amount indicates the repositories have no payment data and that the amount was automatically calculated as a percentage of the account balance.

This is a report containing information supplied by the repositories listed above. The merge process is automated and the report may include some duplications and/or omissions. Inquiries regarding any disputed items should be directed to the creditor reporting the item, or to the appropriate repository service center(s) listed below.

| EXPERIAN | TRANSUNION | EQUIFAX |
| PO BOX 2002 | PO BOX 2000 | PO BOX 740241 |
| ALLEN, TX 75013 | CHESTER, PA 19022 | ATLANTA, GA 30374 |
| 888-397-3742 | 800-916-8800 | 800-685-1111 |
| www.experian.com | www.transunion.com | www.equifax.com |

**\*\*\* END OF REPORT 6/6/2005 4:04:09 PM \*\*\***

ECOA KEY: B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER

**CREDIT PLUS: 31550 WINTERPLACE PARKWAY, SALISBURY, MD 21801 (P) (800) 258-3488 (F) (800) 258-3287**
The information is furnished in response to an inquiry for the purpose of evaluating credit risk. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

THE MORTGAGE CENTER OF AMERICA FINANCIAL GROUP INC
5777 NW 151ST
MIAMI LAKES, FL 33014
305-557-7700

# NOTICE TO THE HOME LOAN APPLICANT
### CREDIT SCORE INFORMATION DISCLOSURE

RAMBARRAN, PARASRAM
9701 MARTINIQUE DRIVE
MIAMI, FL 33189

In connection with your application for a home loan, the lender must disclose to you the score that a consumer reporting agency distributed to users and the lender used in connection with your home loan, and the key factors affecting your credit scores.

The credit score is a computer generated summary calculated at the time of the request and based on information that a consumer reporting agency or lender has on file. The scores are based on data about your credit history and payment patterns. Credit scores are important because they are used to assist the lender in determining whether you will obtain a loan. They may also be used to determine what interest rate you may be offered on the mortgage. Credit scores can change over time, depending on your conduct, how your credit history and payment patterns change, and how credit scoring technologies change.

Because the score is based on information in your credit history, it is very important that you review the credit-related information that is being furnished to make sure it is accurate. Credit records may vary from one company to another.

If you have questions about your credit score or the credit information that is furnished to you, contact the consumer reporting agency at the address and telephone number provided with this notice, or contact the lender, if the lender developed or generated the credit score. The consumer reporting agency plays no part in the decision to take any action on the loan application and is unable to provide you with specific reasons for the decision on a loan application.

If you have questions regarding the terms of the loan, contact the lender.

Your credit scores were provided by the following credit reporting agencies:

EXPERIAN
PO BOX 2002
ALLEN, TX 75013
888-397-3742
www.experian.com

EQUIFAX CREDIT
PO BOX 740241
ATLANTA, GA 30374
800-685-1111
www.equifax.com

The following information about your credit scores was created on 06/06/2005.

Applicant:RAMBARRAN, PARASRAM
Name of Score:EQUIFAX/BEACON 5.0
Credit Score:688 Range:300-850
Key Factors effecting the score
- SERIOUS DELINQUENCY
- TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN
- NUMBER OF ACCOUNTS WITH DELINQUENCY
- TOO MANY CONSUMER FINANCE COMPANY ACCOUNTS

Applicant:RAMBARRAN, PARASRAM
Name of Score:EXPERIAN/FAIR, ISAAC (VER. 2)
Credit Score:692 Range:300-850
Key Factors effecting the score
- SERIOUS DELINQUENCY

file://C:\WINPOINT\WORK\EMBDCredit.HTML

6/6/2005

Exhibit P8

# EQUIFAX

## CREDIT FILE : May 9, 20

**Personal Identification Information** *(This section includes your name, current and previous addresses, and any other identifying information reported by your creditors.)*

Name On File:        Parasram Cecil Rambarran
Social Security #:    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    Date of Birth: January 6, 1945
Current Address:     9701 Martinique Dr, Miami, FL 33189  Reported: 05/2007
Previous Address(es): 9701 Martinique Dr, Miami, FL 33189  Reported: 05/2007
                     10393 SW 186th St, Miami, FL 33157  Reported: 05/2007
                     PO Box 971608, Miami, FL 33197  Reported: 04/1998
                     9701 Martinique Dr, Miami, FL 33189  Reported: 04/1998
                     10393 SW 186th St, Miami, FL 33157  Reported: 02/1999

Last Reported Employment:   Pres Chm; Amity Group Inc; Miami FL;
Previous Employment(s):     Salesman; Public Savings Life;
                           Sales; Zayres;

**Confirmation # 7129039748**

**Please address all future correspondence to:**

www.investigate.equifax.com

Equifax Information Services LLC
P. O. Box 105518
Atlanta, GA 30348

Phone: (888) 873-5455
M - F 9:00am to 5:00pm in your time zone.

In order to speak with a Customer Service Representative regarding the specific information contained in this credit file, you must call **WITHIN 60 DAYS** of the date of this credit file **AND** have a copy of this credit file along with the confirmation number.

**Credit Account Information**
*(For your security, the last 4 digits of account number(s) have been replaced by *) (This section includes open and closed accounts reported by credit grantors)*

**Account Column Title Descriptions:**

| | |
|---|---|
| Account Number - The Account number reported by credit grantor | Amount Past Due - The Amount Past Due as of the Date Reported |
| Date Acct. Opened - The Date that the credit grantor opened the account | Date of Last Paymnt - The Date of Last Payment |
| High Credit - The Highest Amount Charged | Actual Pay Amt - The Actual Amount of Last Payment |
| Credit Limit - The Highest Amount Permitted | Sched Pay Amt - The Requested Amount of Last Payment |
| Terms Duration - The Number of Installments or Payments | Date of Last Actvty - The Date of the Last Account Activity |
| Terms Frequency - The Scheduled Time Between Payments | Date Maj Delq Rptd - The Date the 1st Major Delinquency Was Reported |
| Months Reviewed - The Number of Months Reviewed | Charge Off Amt - The Amount Charged Off by Creditor |
| Activity Description - The Most Recent Account Activity | Deferred Pay Date - The 1st Payment Due Date for Deferred Loans |
| Creditor Class - The Type of Company Reporting The Account | Balloon Pay Amt - The Amount of Final(Balloon) Payment |
| Date Reported - The Month and Year of the Last Account Update | Balloon Pay Date - The Date of Final(Balloon) Payment |
| Balance Amount - The Total Amount Owed as of the Date Reported | Date Closed - The Date the Account was Closed |

| | | | | |
|---|---|---|---|---|
| **Account History** | 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J : Voluntary Surrender | |
| **Status Code** | 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | K : Repossession | |
| **Descriptions** | 3 : 90-119 Days Past Due | G : Collection Account | L : Charge Off | |
| | 4 : 120-149 Days Past Due | H : Foreclosure | | |

**Bank of America**   PO Box 17054 Mail Stop 1333 Wilmington DE 19884-0001 : (800) 421-2110

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Description | Creditor Classfication |
|---|---|---|---|---|---|---|---|---|
| 3746319086* | 05/2005 | $12,751 | $1,000 | | Monthly | 24 | | |
| | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | | Date of Last Activity | Date Maj Del 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
| | 04/2007 | $39 | $15 | | 05/2007 | 05/2007 | | | | | | |

| Items As of Date Reported | Amount Past Due | Balance Amount |
|---|---|---|
| 05/2007 | $232 | |

Current Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account;

| Company Information | Inquiry Date(s) |
|---|---|
| AR-Discover Financial Svcs. Inc/ | 03/13/2007 |
| DE 1 9702-5425<br>Discover Financial 248 Chapman Rd Newark. | |
| AR-Suntruct Business Banking | 03/06/2007 |
| 30306-3201<br>303 Peachtree St NE # 303 Atlanta, GA | |
| PRM-Cingular/ATT Wireless Offer | 02/09/2007  11/10/2006  08/10/2006  05/10/2006 |
| ATLANTA, GA 30309<br>675 WEST PEACHTREE STREET NE | |
| PRM-Capital One.fsb | 02/08/2007  07/03/2006 |
| 23260-6030<br>PO Box 26030  Richmond, VA | |
| PRM-Wachovia Corporation | 01/06/2007  12/06/2006  06/08/2006 |
| 28288-0001<br>301 S. Tryon St. Cons-10 Charlotte, NC | |
| PRM-Cppm/Ameriquest MTG Company | 01/05/2007  12/14/2006 |
| CA 92868-4600<br>1100 W Town And Country Rd 14T Orange. | |
| PRM-Chase Na | 11/13/2006  09/25/2006  09/21/2006  08/31/2006 |
| 11801-3639 Phone: (302) 451-1609<br>Attn: Recovery Dept1100 Duffy Ave Hicksville, NY | |
| AR-Bellsouth Telecommunications | 11/10/2006 |
| 30375-0001<br>675 W Peachtree St NW Atlanta, GA | |
| PRM-Altair Data Resources Inc | 09/18/2006 |
| 37067-7244<br>830 Crescent Centre Dr Ste 500  Franklin, TN | |
| PRM-Gemb/GE Money Loc | 09/15/2006  09/11/2006  08/04/2006  08/03/2006  07/12/2006 |
| 84130-0762 Phone: (866) 230-9213<br>PO Box 30762  Salt Lake City, UT | |
| PRM-Dsrm National Bank | 09/15/2006 |
| 79110-4339<br>7201 Canyon Dr  Amarillo, TX | |
| PRM-Choicepoint// Summit Financial/ | 08/09/2006  06/12/2006  06/06/2006 |
| VA 20171-4641<br>13530 Dulles Technology Dr Cppm Herndon. | |
| PRM-IJC Lending | 08/09/2006 |
| 70809-2251<br>8548 United Plaza Blvd Baton Rouge, LA | |
| PRM-Hsbc Bank NV FKA Dmccb | 06/05/2006 |
| 85255-5440<br>17600 N Permeter Dr Ste 100 Scottsdale, AZ | |

**** End of Credit File ****

Page 8 of 8

7129039748APP-000587167- 5227 - 11543 - AS

## Chase Bank USA, Na   PO Box 15298 Wilmington DE 19850-5298 ; (800) 955-9900

| Account Number | Date Opened | High Credit | Credit Limit | | |
|---|---|---|---|---|---|
| 436613303295* | 01/1992 | $14,482 | $14,700 | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymt | Actual Paymt Amount | Scheduled Paymt Amount | Terms Duration | Terms Frequency | Date of Last Activity | Date Maj. Del. 1st Paid | Charge Off Amount | Mnths Revd | Activity Description | Deferred Pay Start Date | Balloon Pay Amount | Creditor Clasification | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/2007 | $10,205 | | 04/2007 | $350 | $249 | Monthly | | 04/2007 | | | 99 | | | | | | |

Current Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Joint Account;

## Citi Cards Cba Gna   PO Box 6241 Sioux Falls SD 57117-6241 ; (800) 950-5114

| Account Number | Date Opened | High Credit | Credit Limit | | |
|---|---|---|---|---|---|
| 421138206176* | 02/1995 | | $5,000 | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymt | Actual Paymt Amount | Scheduled Paymt Amount | Terms Duration | Terms Frequency | Date of Last Activity | Date Maj. Del. 1st Paid | Charge Off Amount | Mnths Revd | Activity Description | Deferred Pay Start Date | Balloon Pay Amount | Creditor Clasification | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/2001 | $0 | | | | | | | 06/1999 | | | 76 | | | | | | |

Current Status - Pays As Agreed; Type of Account - Revolving; Whose Account - Individual Account; ADDITIONAL INFORMATION - Account Closed By Credit Grantor;

## Citi Cards Cba Gna   PO Box 6241 Sioux Falls SD 57117-6241

| Account Number | Date Opened | High Credit | Credit Limit | | |
|---|---|---|---|---|---|
| 542379602225* | 06/1991 | | $5,200 | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymt | Actual Paymt Amount | Scheduled Paymt Amount | Terms Duration | Terms Frequency | Date of Last Activity | Date Maj. Del. 1st Paid | Charge Off Amount | Mnths Revd | Activity Description | Deferred Pay Start Date | Balloon Pay Amount | Creditor Clasification | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/2001 | $0 | | | | | | | 06/1999 | | | 46 | | | | | | |

Current Status - Pays As Agreed; Type of Account - Revolving; Whose Account - Individual Account; ADDITIONAL INFORMATION - Account Closed By Credit Grantor;

## Citibank S.d./Usa   PO Box 6003 Attn: Susan Walker Hagerstown MD 21747-6003 ; (412) 234-5753

| Account Number | Date Opened | High Credit | Credit Limit | | |
|---|---|---|---|---|---|
| 525606506114* | 07/1994 | | $2,400 | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymt | Actual Paymt Amount | Scheduled Paymt Amount | Terms Duration | Terms Frequency | Date of Last Activity | Date Maj. Del. 1st Paid | Charge Off Amount | Mnths Revd | Activity Description | Deferred Pay Start Date | Balloon Pay Amount | Creditor Clasification | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/2001 | $0 | | | | | | | 06/2001 | | | 36 | Paid and Closed | | | | | |

Current Status - Pays As Agreed; Type of Account - Revolving; Whose Account - Individual Account; ADDITIONAL INFORMATION - Account Closed At Consumers Request; Account Paid/Zero Balance:

Account History   11/2000
with Status Codes   1

## Continental National Bank of M   1801 SW 1st St Miami FL 33135-1901 ; (305) 643-8253

| Account Number | Date Opened | High Credit | Credit Limit | | |
|---|---|---|---|---|---|
| 626001* | 08/1995 | $6,310 | | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymt | Actual Paymt Amount | Scheduled Paymt Amount | Terms Duration | Terms Frequency | Date of Last Activity | Date Maj. Del. 1st Paid | Charge Off Amount | Mnths Revd | Activity Description | Deferred Pay Start Date | Balloon Pay Amount | Creditor Clasification | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/1999 | $0 | | | | | 24 Months | | 08/1997 | | | 4 | | | | | | |

Type of Account - Installment; Whose Account - Joint Account; ADDITIONAL INFORMATION - Account Paid/Zero Balance; Closed Account;

## Discover Financial Servcs LLC   PO Box 15316 Wilmington DE 19850-5316

| Account Number | Date Opened | High Credit | Credit Limit | | |
|---|---|---|---|---|---|
| 601100492451* | 12/1992 | $14,351 | $14,100 | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymt | Actual Paymt Amount | Scheduled Paymt Amount | Terms Duration | Terms Frequency | Date of Last Activity | Date Maj. Del. 1st Paid | Charge Off Amount | Mnths Revd | Activity Description | Deferred Pay Start Date | Balloon Pay Amount | Creditor Clasification | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/2007 | $14,351 | $0 | 03/2007 | | $571 | Monthly | | 04/2007 | | | 99 | | | | | | |

Current Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Joint Account;

Page 4 of 8

7129039748APP-0005871167-5227-11543-AS

( Continued On Next Page )

| Company Information | Inquiry Date(s) | | |
|---|---|---|---|
| CBA::KIS LENDING - MIAMI | 10/25/2006 | | |
| 2002 N Lois Ave Ste 500 Tampa, FL | | | |
| 33607-2393 | | | |
| Suntrust Banks, Inc. | 10/12/2006 | | |
| 6101 Chancellor Dr Orlando, FL | | | |
| 32809-5611 | | | |
| Advanta Business Service | 10/03/2006 | | |
| 448 E 6400 S STE 150 MURRAY, UT 84107-8502  Phone: (801) 766-2632 | | | |
| Chase Automotive | 09/17/2006 | | |
| 4915 Independence Pkwy Tampa, FL | | | |
| 33634-7540 | | | |
| Courtesy Ford Inc DBA World | 09/17/2006 | | |
| 15551 S Dixie Hwy Ford/Kendall Miami, FL | | | |
| 33157-1833 | | | |
| Credco Automotive::ENTERPRISE - SOUTH M | 09/14/2006 | | |
| 12395 First American Way, Poway, CA 92064-6897  Phone: (800) 637-2422 | | | |
| First USA Bank | 09/10/2006 | | |
| 800 Brooksedge Blvd Mailstop OH1-0552 Westerville, | | | |
| OH 43081-2895 | | | |
| American Express TRS CO. Inc | 07/17/2006 | | |
| 4315 S 2700 W  Salt Lake City, UT | | | |
| 84184-0001 | | | |
| Capital One Bank (capstone) | 04/07/2006 | | |
| PO BOX 30281  SALT LAKE CITY, UT | | | |
| 84130-0281 | | | |
| Suntrust Banks Inc | 03/16/2006 | 08/22/2005 | |
| PO Box 4418 Mail Code #056 Atlanta, GA | | | |
| 30302-4418 | | | |
| Landamerica-CA::APEX LENDING INC | 01/26/2006 | 09/21/2005 | 08/08/2005 |
| 20929 Ventura Blvd Ste 203  Woodland Hills, CA | | | |
| 91364-0806 | | | |
| Credit Bureau of Delmarva::THE MORTGAGE CENTER | 06/06/2005 | | |
| 530 Riverside Dr Salisbury, MD 21601-6402  Phone: (410) 742-9551 | | | |

( Continued On Next Page )

P.O. Box 2000
Chester, PA 19022

05/12/2007    Trans**Union**.

Exhibit P9

POAD5W00300416-I005551
PARASRAM CECIL RAMBARRAN
9701 MARTINIQUE DR
MIAMI, FL 33189

Our investigation of the dispute you submitted is now complete. The results are listed below and a new copy of your credit report is enclosed.

If our investigation has not resolved your dispute, you may add a 100-word statement to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you.

If there has been a change to your credit history resulting from our investigation, or if you add a consumer statement, you may request that TransUnion send an updated report to those who received your report within the last two years for employment purposes, or within the last one year for any other purpose.

If interested, you may also request a description of how the investigation was conducted along with the name, address and telephone number of anyone we contacted for information.

Thank you for helping ensure the accuracy of your credit information.

## Investigation Results

| ITEM | DESCRIPTION | RESULTS |
|---|---|---|
| BANK OF AMERICA | # 214902188340 | VERIFIED, NO CHANGE |

Any corrections to your identification requested by you have been made, and are included in the following credit report.

| | |
|---|---|
| **File Number:** | 171981453 |
| **Page:** | 1 of 9 |
| **Date Issued:** | 05/12/2007 |

**Trans**Union.

## Personal Information

| | |
|---|---|
| **Name:** | PARASRAM CECIL RAMBARRAN |

| | |
|---|---|
| **SSN:** | XXX-XX-8905 |
| **Date of Birth:** | 01/1945 |
| **Telephone:** | 233-3814 |

Your SSN is partially masked for your protection.

You have been on our files since 06/1990

### CURRENT ADDRESS

| | |
|---|---|
| **Address:** | 9701 MARTINIQUE DR MIAMI, FL 33182 |
| **Date Reported:** | 05/2007 |

### PREVIOUS ADDRESS

| | |
|---|---|
| **Address:** | 10393 SW 186TH ST CUTLER BAY, FL 33157 |
| **Date Reported:** | 04/1996 |
| **Address:** | 971608 PO BOX 971608, MIAMI, FL 33197 |

### EMPLOYMENT DATA REPORTED

| | | | |
|---|---|---|---|
| **Employer Name:** | AMITY GROUP INC | **Position:** | |
| **Date Reported:** | 01/2000 | **Hired:** | |
| **Employer Name:** | AMITY INSURANCE | **Position:** | |
| **Date Reported:** | 02/1999 | **Hired:** | |

Special Notes: Your Social Security number has been masked for your protection. You may request disclosure of the full number by writing to us at the address found at the end of this report. Also, if any item on your credit report begins with 'MED1', it includes medical information and the data following 'MED1' is not displayed to anyone but you except where permitted by law.

## Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.

| N/A | X | OK | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|
| **Not Applicable** | **Unknown** | **Current** | **30 days late** | **60 days late** | **90 days late** | **120 days late** |

## Adverse Accounts

The following accounts contain information which some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been printed in >brackets< or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors. (Note: The account # may be scrambled by the creditor for your protection).

**CAPITAL ONE SERVICES** #4121741313660412
POB 30281
SALT LAKE CITY, UT 84130-0281
(800) 955-7070

**Loan Type:** CREDIT CARD
**Remarks:** ACCOUNT CLOSED BY CONSUMER
>Maximum delinquency of 90- days occurred in 05/2001<

| | |
|---|---|
| **Balance:** | $0 |
| **Date Updated:** | 10/2004 |
| **High Balance:** | $1,676 |

| | |
|---|---|
| **Pay Status:** | PAID OR PAYING AS AGREED |
| **Account Type:** | REVOLVING ACCOUNT |
| **Responsibility:** | INDIVIDUAL ACCOUNT |
| **Date Open:** | 07/1994 |
| **Date Closed:** | 10/2004 |
| **Date Paid:** | 05/2004 |

| Late Payments (48 months) | 30 | 60 | 90+ | Last 48 months |
|---|---|---|---|---|
| | 6 | 2 | 1 | |

| 30 | OK | OK | OK | OK | OK | OK | OK | OK | 30 | OK | OK | OK | OK | OK | OK | OK | OK | 30 | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| sep | aug | jul | jun | may | apr | mar | feb | '04 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '03 | dec | nov | oct |

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 90 | 60 | 30 | OK | 30 | OK | 60 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| sep | aug | jul | jun | may | apr | mar | feb | '02 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '01 | dec | nov | oct |

Consumer Credit Report for **PARASRAM CECIL RAMBARRAN**

| | |
|---|---|
| **File Number:** | 171981453 |
| **Page:** | 3 of 9 |
| **Date Issued:** | 05/12/2007 |

**TransUnion**

---

### CHASE/BANK ONE CARD SERV #4366133032958117

800 BROOKSEDGE BLV
WESTERVILLE, OH 43081
(800) 945-2006

| | |
|---|---|
| **Balance:** | $10,205 |
| **Date Updated:** | 04/2007 |
| **High Balance:** | $14,482 |
| **Credit Limit:** | $14,700 |

| | |
|---|---|
| **Pay Status:** | PAID OR PAYING AS AGREED |
| **Account Type:** | REVOLVING ACCOUNT |
| **Responsibility:** | JOINT ACCOUNT |
| **Date Opened:** | 01/1992 |

**Loan Type:** CREDIT CARD

| Late Payments (48 months) | 30 | 60 | 90+ | Last 48 months |
|---|---|---|---|---|
| | 0 | 0 | 0 | |

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| mar | feb | '07 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '06 | dec | nov | oct | sep | aug | jul | jun | may | apr |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| mar | feb | '05 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '04 | dec | nov | oct | sep | aug | jul | jun | may | apr |

---

### CHOICE CARD #5423796022259122

PO BOX 6241
SIOUX FALLS, SD 57117-6241
(800) 934-2788

| | |
|---|---|
| **Balance:** | $0 |
| **Date Updated:** | 06/2000 |
| **Credit Limit:** | $5,200 |

| | |
|---|---|
| **Pay Status:** | PAID OR PAYING AS AGREED |
| **Account Type:** | REVOLVING ACCOUNT |
| **Responsibility:** | INDIVIDUAL ACCOUNT |
| **Date Opened:** | 06/1991 |
| **Date Closed:** | 06/1999 |

**Loan Type:** CREDIT CARD
**Remarks:** ACCT CLOSED BY CREDIT GRANTOR

| Late Payments (02 months) | 30 | 60 | 90+ | Last 2 months |
|---|---|---|---|---|
| | 0 | 0 | 0 | |

| OK | OK |
|---|---|
| may | apr |

---

### CITIBANK NA #4271382061762643

PO BOX 6241
SIOUX FALLS, SD 57117-6241
Phone number not available

| | |
|---|---|
| **Balance:** | $0 |
| **Date Updated:** | 06/2001 |
| **Credit Limit:** | $5,000 |

| | |
|---|---|
| **Pay Status:** | PAID OR PAYING AS AGREED |
| **Account Type:** | REVOLVING ACCOUNT |
| **Responsibility:** | INDIVIDUAL ACCOUNT |
| **Date Opened:** | 02/1995 |
| **Date Closed:** | 06/1999 |

**Loan Type:** CREDIT CARD
**Remarks:** ACCT CLOSED BY CREDIT GRANTOR

| Late Payments (14 months) | 30 | 60 | 90+ | Last 14 months |
|---|---|---|---|---|
| | 0 | 0 | 0 | |

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| may | apr | mar | feb | '01 | dec | nov | oct | sep | aug | jul | jun | may | apr |

---

### DISCOVER FINCL SVC LLC #6011004924517283

PO BOX 15316
WILMINGTON, DE 19850-5316
(800) 347-2683

| | |
|---|---|
| **Balance:** | $14,351 |
| **Date Updated:** | 04/2007 |
| **High Balance:** | $14,351 |
| **Credit Limit:** | $14,100 |

| | |
|---|---|
| **Pay Status:** | PAID OR PAYING AS AGREED |
| **Account Type:** | REVOLVING ACCOUNT |
| **Responsibility:** | JOINT ACCOUNT |
| **Date Opened:** | 12/1992 |

**Loan Type:** CREDIT CARD

| Late Payments (48 months) | 30 | 60 | 90+ | Last 48 months |
|---|---|---|---|---|
| | 0 | 0 | 0 | |

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| mar | feb | '07 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '06 | dec | nov | oct | sep | aug | jul | jun | may | apr |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| mar | feb | '05 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '04 | dec | nov | oct | sep | aug | jul | jun | may | apr |

---

### GEMB/MERVYN #6045891134202592

PO BOX 981206
EL PASO, TX 79998-1206
(800) 480-5014

| | |
|---|---|
| **Balance:** | $0 |
| **Date Updated:** | 05/2007 |
| **High Balance:** | $0 |
| **Credit Limit:** | $200 |

| | |
|---|---|
| **Pay Status:** | PAID OR PAYING AS AGREED |
| **Account Type:** | REVOLVING ACCOUNT |
| **Responsibility:** | INDIVIDUAL ACCOUNT |
| **Date Opened:** | 07/1991 |

**Loan Type:** CHARGE ACCOUNT

| Late Payments (28 months) | 30 | 60 | 90+ | Last 28 months |
|---|---|---|---|---|
| | 0 | 0 | 0 | |

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| apr | mar | feb | '07 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '06 | dec | nov | oct | sep | aug | jul | jun | may |
| OK | OK | OK | OK |
| apr | mar | feb | '05 |

Consumer Credit Report for **PARASRAM CECIL RAMBARRAN**

File Number: 171981453
Page: 6 of 9
Date Issued: 05/12/2007

## Account Review Inquiries

The companies listed below obtained information from your consumer report for the purpose of an account review or other business transaction with you. These inquiries are not displayed to anyone but you and will not affect any creditor's decision or any score (except insurance companies may have access to other insurance company inquiries, where permitted by law).

**BANK OF AMERICA**
4161 PIEDMONT PKWY
GREENSBORO, NC 27410-8110
(800) 451-6356
**Requested On:** 04/2007

**CAPITAL ONE FSB**
1957 WESTMORELAND ST
RICHMOND, VA 12030-0163
Phone number not available
**Requested On:** 04/2007

**BANK OF AMERICA**
4161 PIEDMONT PKWY
GREENSBORO, NC 27410-8110
(800) 451-6356
**Requested On:** 03/2007

**CAPITAL ONE FSB**
1957 WESTMORELAND ST
RICHMOND, VA 12030-0163
Phone number not available
**Requested On:** 03/2007

**BANK OF AMERICA**
4161 PIEDMONT PKWY
1825 E BUCKEYE RD
GREENSBORO, NC 27410
(800) 451-6362
**Requested On:** 02/2007

**WELLS FARGO FINANCIAL BR**
206 8TH ST
DES MOINES, IA 50309-3805
(800) 346-3009
**Requested On:** 02/2007

**BANK OF AMERICA**
4161 PIEDMONT PKWY
1825 E BUCKEYE RD
GREENSBORO, NC 27410
(800) 451-6362
**Requested On:** 01/2007

**CAPITAL ONE FSB**
1957 WESTMORELAND ST
RICHMOND, VA 12030-0163
Phone number not available
**Requested On:** 12/2006

**BANK OF AMERICA**
4161 PIEDMONT PKWY
GREENSBORO, NC 27410-8110
(800) 451-6356
**Requested On:** 11/2006

**BANK OF AMERICA**
4161 PIEDMONT PKWY
1825 E BUCKEYE RD
GREENSBORO, NC 27410
(800) 451-6362
**Requested On:** 04/2007

**DISCOVER FINCL SVC LLC**
2500 LAKE COOK RD
RIVERWOODS, IL 60015-3851
Phone number not available
**Requested On:** 04/2007

**BANK OF AMERICA**
4161 PIEDMONT PKWY
1825 E BUCKEYE RD
GREENSBORO, NC 27410
(800) 451-6362
**Requested On:** 03/2007

**BANK OF AMERICA**
4161 PIEDMONT PKWY
GREENSBORO, NC 27410-8110
(800) 451-6356
**Requested On:** 02/2007

**CAPITAL ONE FSB**
1957 WESTMORELAND ST
RICHMOND, VA 12030-0163
Phone number not available
**Requested On:** 02/2007

**BANK OF AMERICA**
1000 SAMOSET DR
WILMINGTON, DE 19884-2211
(800) 362-6299
**Requested On:** 01/2007

**CAPITAL ONE FSB**
1957 WESTMORELAND ST
RICHMOND, VA 12030-0163
Phone number not available
**Requested On:** 01/2007

**LOAN WORKS PASADENA CA**
155 N LAKE AVE
PASADENA, CA 91101-5615
(626) 535-7284
**Requested On:** 12/2006

**BANK OF AMERICA**
4161 PIEDMONT PKWY
1825 E BUCKEYE RD
GREENSBORO, NC 27410
(800) 451-6362
**Requested On:** 11/2006

## Summary of Rights

*Para informacion en espanol, visite www.ftc.gov/credit o escribe a la FTC Consumer Response Center, Room 130-A 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.*

### A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.ftc.gov/credit or write to: Consumer Response Center, Room 130-A, Federal Trade Commission, 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment - or to take another adverse action against you - must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
    - a person has taken adverse action against you because of information in your credit report;
    - you are the victim of identity theft and place a fraud alert in your file;
    - your file contains inaccurate information as a result of fraud;
    - you are on public assistance;
    - you are unemployed but expect to apply for employment within 60 days.

  In addition, by September 2005 all consumers will be entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.ftc.gov/credit for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.ftc.gov/credit for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, the consumer reporting agency is not required to remove accurate derogatory information from your file unless it is outdated (as described below) or cannot be verified. A consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need -- usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.ftc.gov/credit.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-567-8688.

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.ftc.gov/credit.

**Florida Residents**

As of July 1, 2006 you have a right to place a "security freeze" on your consumer report, which will prohibit a consumer reporting agency from releasing any information in your consumer report without your express authorization. A security freeze must be requested in writing by certified mail to a consumer reporting agency. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. **You should be aware that using a security freeze to control access to the personal and financial information in your consumer report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, insurance, government services or payments, rental housing, employment, investment, license, cellular telephone, utilities, digital signature, Internet credit card transaction or other services, including an extension of credit at point of sale.** When you place a security freeze on your consumer report, you will be provided a personal identification number or password to use if you choose to remove the freeze on your consumer report or authorize the release of your consumer report for a designated period of time after the security freeze is in place. To provide that authorization, you must contact the consumer reporting agency and provide all of the following:

1. The personal identification number or password.
2. Proper identification to verify your identity.
3. Information specifying the period of time for which the report shall be made available.
4. Payment of a fee authorized by this section of the Florida Statutes.

A consumer reporting agency must authorize the release of your consumer report no later than 3 business days after receiving the above information.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account, that requests information in your consumer report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

You have the right to bring a civil action against anyone, including a consumer reporting agency, who fails to comply with the provisions of Sec. 501.005, Florida Statutes, which governs the placing of a consumer report security freeze on your consumer report.

P 0AD5W-003 00416-I005565 15

Exhibit P10

॥.॥..॥॥.,॥.॥.॥.॥.॥..॥॥.॥.॥॥....॥॥.॥.॥..॥.॥॥
•••••••••••••••••MIXED AADC 683
0002923 3 MB 0.610 L 393
PARASRAM C RAMBARRAN
9701 MARTINIQUE DR
MIAMI FL 33189-1735
।.॥..॥..॥॥.॥.॥.।.॥॥.।....॥॥..।.।.।.।।.।...।॥।।.।

# experian

PLEASE REFER TO YOUR CREDIT REPORT FOR UPDATE .

BANK OF AMERICA
2149021E......

Dear **PARASRAM C RAMBARRAN,**

*To assist you in understanding your correction summary, we have*
*provided additional information that relates directly to items on your*
*personal credit report.*

**Prepared for**
PARASRAM C RAMBARRAN
**Report number**
1098881352

**Report date**
May 14, 2007
www.experian.com/disputes
Call 800 509 8495

**Page 1 of 18**



experian

**Prepared for**
PARASRAM C RAMBARAN
**Report number**
1098881352

**Report date**
May 14, 2007
www.experian.com/disputes  Page 3 of 18

## Investigation results

### About our dispute verification process

This summary shows the revision(s) made to your credit file as a result of the verification we recently completed. If you still question an item, then you may want to contact the source of the information.

The federal Fair Credit Reporting Act states that you may:

- request a description of how we verified the information, including the business name and address contacted and the telephone number if reasonably available;
- add a statement disputing the accuracy or completeness of the information; and
- request that we send these results to organizations who have reviewed your credit report in the past two years for employment purposes or six months for any other purpose.

If no information follows, our response appeared on the previous page.

### How to read your results

**Deleted** - This item was removed from your credit report.

**Remains** - This item has been verified as accurate.
**Updated** - A change was made to this item; review this report to view the change. If ownership of the item was disputed, then it was verified as belonging to you.

**Reviewed** - This item was either updated or deleted; review this report to learn its outcome.

### Items we investigated

We completed investigating the items you disputed with the sources of the information. Here are the results:

Visit experian.com/status to check the status of your pending disputes at any time.

**To order a copy of your VantageScore℠ from Experian visit experian. com or call 1 888 322 5583.**

**Protect and manage your credit with Credit Manager, www.creditexpert.com**

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

# experian

**Prepared for**
PARASRAM C RAMBARRAN
**Report number**
1098881352

**Report date**
May 14, 2007
www.experian.com/disputes
Call 800 509 8495

Page 5 of 18

## Accounts in good standing

These items may stay on your credit report for as long as they are open. Once an account is closed or paid off it may continue to appear on your report for up to ten years.

### Credit items

**AMEX**
PO BOX 297812
FT LAUDERDALE FL 33329
(800) 528-2122
**Partial account number**
030459 1640 1431 8232

| | | | | | |
|---|---|---|---|---|---|
| Date opened | Date of status | Type | Responsibility | Credit limit or original amount | Recent balance |
| Nov 1993 | Dec 2001 | Revolving | Individual | NA | NA |
| Reported since | Last reported | Terms | | High balance | Status: Paid. Closed/Never late. |
| Dec 2001 | Dec 2001 | 1 Months | | $169 | This account is scheduled to continue on record until Dec 2011. |
| | | Monthly payment | | | Comment: "Account closed at consumer's request" |
| | | NA | | | |

**BANK OF AMERICA**
PO BOX 1390
NORFOLK VA 23501
(800) 441-0130
**Partial account number**
4312 1237 0896

| | | | | | |
|---|---|---|---|---|---|
| Date opened | Date of status | Type | Responsibility | Credit limit or original amount | Recent balance |
| Jun 1992 | Apr 2007 | Revolving | Joint with ROMATEE RAMBARRAN | $8,000 | $4,097 as of Apr 2007 |
| Reported since | Last reported | Terms | | High balance | Recent Payment: |
| Jan 2002 | Apr 2007 | NA | | $4,097 | $100 |
| | | Monthly payment | | | Status: Open/Never late. |
| | | $112 | | | |

*See history of account balances for additional information*

**BANK OF AMERICA**
POB 17054
WILMINGTON DE 19884
(800) 421-2110
**Partial account number**
37463 190846.

| | | | | | |
|---|---|---|---|---|---|
| Date opened | Date of status | Type | Responsibility | Credit limit or original amount | Recent balance |
| May 2005 | May 2007 | Revolving | Individual | $1,000 | $232 as of May 2007 |
| Reported since | Last reported | Terms | | High balance | Recent Payment: |
| May 2005 | May 2007 | NA | | $12,751 | $39 |
| | | Monthly payment | | | Status: Open/Never late. |
| | | $15 | | | |

*See history of account balances for additional information*

# experian

| | |
|---|---|
| **Prepared for** | **Report date** |
| PARASRAM C RAMBARRAN | May 14, 2007 |
| **Report number** | www.experian.com/disputes |
| 1098881352 | Call 800 509 8495 |
| | **Page 7 of 18** |

## Accounts in good standing continued

### CITI
PO BOX 6003
HAGERSTOWN MD 21747
No phone number available
**Partial account number**
52560650611 4......

| Date opened | Date of status | Type | Responsibility | Credit limit or original amount | Recent balance |
|---|---|---|---|---|---|
| Jul 1994 | Sep 1999 | Revolving | Individual | $2,400 | NA |
| Reported since | Last reported | Terms | | High balance | |
| May 1996 | Sep 1999 | NA | | $1,690 | |
| | | Monthly payment | | | |
| | | NA | | | |

Status: Transferred, closed/Never late.
This account is scheduled to continue on record until Sep 2009.
Creditor's statement "Account closed at credit grantor's request."

### CITI
PO BOX 6241
SIOUX FALLS SD 57117
No phone number available
**Partial account number**
54237960222 5......

| Date opened | Date of status | Type | Responsibility | Credit limit or original amount | Recent balance |
|---|---|---|---|---|---|
| Jun 1991 | Jun 1999 | Revolving | Individual | $0 | /paid as |
| Reported since | Last reported | Terms | | High balance | of Jun 2000 |
| Apr 1994 | Jun 2000 | NA | | NA | |
| | | Monthly payment | | | |
| | | NA | | | |

Status: Closed/Never late.
This account is scheduled to continue on record until Jun 2010.
Creditor's statement "Account closed at credit grantor's request."

### DISCOVER FIN SVCS LLC
PO BOX 15316
WILMINGTON DE 19850
(800) 347-2683
**Partial account number**
601100492451......
See History of account balances for additional information

| Date opened | Date of status | Type | Responsibility | Credit limit or original amount | Recent balance |
|---|---|---|---|---|---|
| Dec 1992 | Apr 2007 | Revolving | Joint with ROMATEE RAMBARRAN | $14,100 | $14,351 as of Apr 2007 |
| Reported since | Last reported | Terms | | High balance | |
| Dec 1999 | Apr 2007 | NA | | $14,555 | |
| | | Monthly payment | | | |
| | | $571 | | | |

Status: Open/Never late.

### GEMB/MERVYNS
PO BOX 98064
EL PASO TX 79998
(800) 480-5014
**Partial account number**
604589113420......
See History of account balances for additional information

| Date opened | Date of status | Type | Responsibility | Credit limit or original amount | Recent balance |
|---|---|---|---|---|---|
| Jul 1991 | Apr 2007 | Revolving | Individual | $200 | $0 /paid as |
| Reported since | Last reported | Terms | | High balance | of Apr 2007 |
| Jan 2005 | Apr 2007 | NA | | NA | |
| | | Monthly payment | | | |
| | | NA | | | |

Status: Open/Never late.

0123345894

# experian

Prepared for
PARASRAM C RAMBARRAN

Report number
1098881352

Report date
May 14, 2007
www.experian.com/disputes
Call 800 509 8495

Page 15 of 18

**AMEX ACCOUNT REVIEW**
PO BOX 297871
FT LAUDERDALE FL 33329

Date
Apr 13, 2007

**CAPITAL ONE AUTO FINANCE**
3901 DALLAS PKWY
PLANO TX 75093

Date
Apr 5, 2007; Dec 21, 2006

**BANK OF AMERICA**
PO BOX 17054
WILMINGTON DE 19884

Date
Mar 30, 2007; Sep 18, 2006; Feb 21, 2006

**AMERI CAPITAL FUNDING**
23041 AVENIDA DE LA CARLO
LAGUNA HILLS CA 92653

Date
Mar 27, 2007

**GEMB/LENDING INC**
3353 MICHELSON DR FL 2
IRVINE CA 92612

Date
Mar 12, 2007

**FAIRWAY MORTGAGE INC**
12740 S RT 83
CRESTWOOD IL 60445

Date
Mar 8, 2007

**AMERIQUEST**
2600 MICHELSON DR STE 20
IRVINE CA 92612

Date
Jan 5, 2007; Dec 6, 2006

**FIRST NLC FINANCIAL SERV**
700 W HILLSBORO BLVD STE
DEERFIELD BEACH FL 33441

Date
Dec 20, 2006

**BANK OF AMERICA**
POB 17054
WILMINGTON DE 19884

Date
Dec 18, 2006

**WELLS FARGO BANK**
1220 CONCORD AVE
CONCORD CA 94520

Date
Dec 12, 2006; Oct 13, 2006

**FNB OMAHA**
1620 DODGE ST
OMAHA NE 68197

Date
Oct 31, 2006; Sep 6, 2006; May 4, 2006

**CHASE HOME FINANCE**
3415 VISION DR
COLUMBUS OH 43219

Date
Oct 26, 2006

**SECURED FUNDING CORP**
18012 COWAN ST
IRVINE CA 92614

Date
Oct 24, 2006; May 8, 2006; Feb 14, 2006; Dec 9, 2005; Aug 30, 2005; Jun 21, 2005

**CAPITAL ONE BANK**
PO BOX 30281
SALT LAKE CITY UT 84130

Date
Sep 21, 2006

**CHOICEPOINT/ST FARM**
1000 ALDERMAN DR
ALPHARETTA GA 30005
*On behalf of STATE FARM INSURANCE CO*
*On behalf of STATE FARM INSURANCE CO for insurance underwriting*

Date
Sep 18, 2006

**ADVANTA BANK CORP**
11850 S ELECTION RD
DRAPER UT 84020

Date
Sep 6, 2006

**AT&T BASE SCORE PROGRAMS**
PO BOX 721440
NORMAN OK 73070

Date
Jun 30, 2006

**BANK OF AMERICA**
PO BOX 17054
WILMINGTON DE 19850

Date
Jun 14, 2006

0173345894

# experian

**Prepared for**
PARASRAM C RAMBARRAN

**Report number**
1098881352

**Report date**
May 14, 2007
www.experian.com/disputes
Call 800 509 8495

**Page 17 of 18**

## Personal information

The following information is reported to us **by you, your creditors** and **other sources.** Each source may report your personal information differently, which may result in variations of your name, address, Social Security number, etc. As part of our fraud protection efforts, a notice with additional information may appear.

### Names

**Name identification number:** 7534
PARASRAM C RAMBARRAN
**Name identification number:** 1490
PARASRAM RAMBARRAN
**Name identification number:** 22789
PARASRAM RAM ARRAN
**Name identification number:** 2
PARASRAM  RAMBARRAN
**Name identification number:** 8888
CECIL  RAMBARRAN
**Name identification number:** 9888
PARASRAM  REMBARRAN
**Name identification number:** 456
PARASREM C RAMBARRAN
**Name identification number:** 6715
PARASRAMC CECIL  RAMBARRAN
**Name identification number:** 1828
PARASRAM CECILM RAMBARRAN
**Name identification number:** 8912
PARASAN C RAMBARRAN
**Name identification number:** 1053
PARASROSM C RAMBARRAN
**Name identification number:** 5850
PARASRAMC C RAMBARRAN
**Name identification number:** 1582
CECIL RAMBARREN
**Name identification number:** 3199
PARASRAMC C RAMBARRAN
**Name identification number:** 20354
PARASROY C RAMBARRAN
**Name identification number:** 21258
PARASRAM C ROMBARRAN

### Names

CECIL P RAMBARRAN
**Name identification number:** 6374

### Addresses

These addresses are listed in no particular order and may include previous addresses where you received mail. The geographical code shown with each address identifies the state, county, census tract, block group and Metropolitan Statistical Area associated with each address.

| Addresses | Type of address | Geographical code |
|---|---|---|
| PO BOX 971608<br>MIAMI FL 33197-1608<br>**Address identification number**<br>0211628086 | Post office box | 0-1-0206-10-86-5000 |
| 9701 MARTINIQUE DR<br>MIAMI FL 33189-1735<br>**Address identification number**<br>0073138669 | Single family | 0-1-060720-86-5000 |
| 10393 SW 186TH ST<br>MIAMI FL 33157-6824<br>**Address identification number**<br>0072553852 | Single family | 0-1-0206-10-86-5000 |
| PO BOX 970895<br>MIAMI FL 33197-0895<br>**Address identification number**<br>0073186041 | Post office box | 0-1-0206-10-86-5000 |
| 970 MARTINIQUE DR<br>MIAMI FL 33189-<br>**Address identification number**<br>0073134952 | Single family | 0-00-0- |
| PO BOX 895<br>33197-<br>**Address identification number**<br>006983456 1 | Post office box | 0-00-0- |

### Social Security number variations

As a security precaution, we did not list the Social Security number that you provided when you contacted us. The numbers below are variations that have been reported to us.

### Date of birth

Jan 06, 1945

(4)

Exhibit P11

PARASRAM RAMBARRAN
9701 MARTINIQUE DR
MIAMI, FL 33189

5/3/07

EQUIFAX
PO BOX 740241
ATLANTA, GA 30874

SS # 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
D.O.B. 1/6/45

I ATTACH A COPY OF MY DRIVERS LICENSE AND A COPY OF MY LIGHT BILL FOR IDENTIFICATION PURPOSES AND ADVISE THAT THE INFORMATION REGARD ACCOUNT NO 214902188340 (BANK OF AMERICA) IS INACCURATE AND THEREFORE I DISPUTE SAME.

THE ACCOUNT WAS NEVER CHARGED OFF NOR WAS IT PLACED IN COLLECTION, BUT THE ACCOUNT WAS PAID IN FULL. I ATTACH COPIES OF BANK OF AMERICA LETTERS DATED 9/17/01, 5/25/06, 5/25/06, 5/26/06, UNDATED LETTER RECEIVED 6/2/06 AND 6/7/05.

KINDLY CORRECT THE RECORD IMMEDIATELY AND PROVIDE ME WITH PROOF THAT IT IS DONE.

I TAKE THIS OPPORTUNITY TO REQUEST A COPY OF MY LETTER TO YOU DATED 2/7/06 BECAUSE I AM UNABLE TO LOCATE MY COPY. THIS DOCUMENT IS REQUIRED TO COMPLETE DOCUMENTATION FOR A PENDING COURT MATTER.

YOURS TRULY

[signature]

(11)

Exhibit P12

PARASRAM RAMBARRAN
9701 MARTINIQUE DR
MIAMI, FL 33189

5/3/07

TRANSUNION
PO BOX 2000
CHESTER, PA 19022

SS# 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
D.O.B. 1/6/45

I ATTACH A COPY OF MY DRIVERS LICENSE AND A COPY OF MY LIGHT BILL FOR IDENTIFICATION PURPOSES AND ADVISE THAT THE INFORMATION REGARD ACCOUNT NO 214902188340 (BANK OF AMERICA) IS INACCURATE AND THEREFORE I DISPUTE SAME. THE ACCOUNT WAS NEVER CHARGED OFF NOR WAS IT PLACED IN COLLECTION, BUT THE ACCOUNT WAS PAID IN FULL. I ATTACH COPIES OF BANK OF AMERICA LETTERS DATED 7/01, 5/25/06, 5/25/06, 5/26/06, UNDATED LETTER RECEIVED 6/2/06 AND 6/7/05.

KINDLY CORRECT THE RECORD IMMEDIATELY AND PROVIDE ME WITH PROOF THAT IT IS DONE.

I TAKE THIS OPPORTUNITY TO REQUEST A COPY OF MY LETTER TO YOU DATED 2/7/06 BECAUSE I AM UNABLE TO LOCATE MY COPY. THIS DOCUMENT IS REQUIRED TO COMPLETE DOCUMENTATION FOR A PENDING COURT MATTER.

YOURS TRULY

[signature]